# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT MILLER,<br><br>        Plaintiff,<br><br>v.<br><br>4INTERNET, LLC; and DOES 1 through 10 inclusive,<br><br>        Defendants.<br>AND<br><br>4INTERNET, LLC,<br><br>        Counterclaimant,<br><br>v.<br><br>ROBERT MILLER; MATHEW HIGBEE; THE LAW FIRM OF HIGBEE & ASSOCIATES, APC; and CHRISTOPHER SADOWSKI;<br><br>        Counterclaim Defendants. | Case No. 2:18-cv-02097-JAD-VCF<br><br>**ORDER** |

# ORDER

Pursuant to the parties' stipulation, Plaintiff / Counterclaim Defendant ROBERT MILLER should answer or otherwise respond to Defendant / Counterclaimaint's counterclaims on or before Tuesday, May 7, 2019.

IT IS SO ORDERED.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 3-21-2019