Troy L. Isaacson, Esq., NV Bar No. 6690
MADDOX ISAACSON & CISNEROS, LLP
11920 Southern Highlands Parkway, Suite 100
Las Vegas, Nevada 89141
Telephone: (702) 366-1900
Facsimile: (702) 366-1999

Ryan L. Isenberg
Georgia Bar No. 384899
Isenberg & Hewitt, P.C.
6600 Peachtree Dunwoody Road
600 Embassy Row, Suite 150
Atlanta, Georgia 30328
770-351-4400 (Voice)
770-828-0100 (Fax)
ryan@isenberg-hewitt.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT MILLER, | CIVIL ACTION FILE |
| PLAINTIFF, | NO. 2:18-cv-02097-JAD-VCF |
| V. | STIPULATION EXTENDING TIME |
| 4INTERNET, LLC AND JOHN DOES 1-10 | |
| DEFENDANTS. | |
| AND | |
| 4INTERNET, LLC | |
| COUNTERCLAIMANT | |
| V. | |
| ROBERT MILLER, AND MATHEW HIGBEE, AND THE LAW FIRM OF HIGBEE & ASSOCIATES, APC AND CHRISTOPHER SADOWSKI | |
| COUNTERCLAIM DEFENDANTS | |

1

**FIRST STIPULATION EXTENDING TIME TO RESPOND TO MOTION TO STRIKE**

The parties herby stipulate that the time within which Defendant 4Internet, LLC has to file a Response to Plaintiff's Motion to Strike (Doc. 14) is extended through and including April 16, 2019.  In support of this Stipulation, Defendant shows that it is the first request for an extension of time and that the original response date is April 9.

Dated: April 8, 2019                                     Respectfully submitted,


                                                         **/s/ Ryan L. Isenberg**
                                                         Ryan Isenberg, Esq.
                                                         Georgia Bar No. 384899
                                                         *Pro Hac Vice*
                                                         ISENBERG & HEWITT, P.C.
                                                         6600 Peachtree Dunwoody Road
                                                         600 Embassy Row, Suite 150
                                                         Atlanta, GA 30328
                                                         (770) 351-4400
                                                         (779) 828-0100 facsimile
                                                                 *Counsel for Defendant*

Dated: April 8, 2019                                     Respectfully submitted,

                                                         **/s/ Mathew K. Higbee**
                                                         Mathew K. Higbee, Esq.
                                                         Nevada Bar No. 11158
                                                         HIGBEE & ASSOCIATES
                                                         3481 E Sunset Rd., Suite 100
                                                         Las Vegas, NV 89120
                                                         (714) 617-8350
                                                         (714) 597-6729 facsimile
                                                                 *Counsel for Plaintiff*

**Certificate of Service**

This is to certify that I have this day served the within and foregoing Stipulation Extending Time upon counsel for Plaintiff by filing the same using the Court's CM\ECF system, which will generate notice to all counsel of record.

/s/ Ryan Isenberg

Troy L. Isaacson, Esq., NV Bar No. 6690
MADDOX ISAACSON & CISNEROS, LLP
11920 Southern Highlands Parkway, Suite 100
Las Vegas, Nevada 89141
Telephone: (702) 366-1900
Facsimile: (702) 366-1999

Ryan L. Isenberg
Georgia Bar No. 384899
Isenberg & Hewitt, P.C.
6600 Peachtree Dunwoody Road
600 Embassy Row, Suite 150
Atlanta, Georgia 30328
770-351-4400 (Voice)
770-828-0100 (Fax)
ryan@isenberg-hewitt.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT MILLER, | CIVIL ACTION FILE |
| PLAINTIFF, | NO. 2:18-CV-02097-JAD-VCF |
| V. | ORDER EXTENDING TIME |
| 4INTERNET, LLC AND JOHN DOES 1-10 | |
| DEFENDANTS. | |
| AND | |
| 4INTERNET, LLC | |
| COUNTERCLAIMANT | |
| V. | |
| ROBERT MILLER, AND MATHEW HIGBEE, AND THE LAW FIRM OF HIGBEE & ASSOCIATES, APC AND CHRISTOPHER SADOWSKI | |
| COUNTERCLAIM DEFENDANTS | |

**ORDER**

The Court having read and considered the Stipulation (Doc. 15) of the parties extending the time for Defendant to Respond to Plaintiff's Motion to Strike (Doc. 14), it is ORDERED that the time within which Defendant may respond is extended through and including April 16, 2019.

This the 8th day of April, 2019.

_____
United States Magistrate Judge