# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| ROBERT MILLER,<br><br>        Plaintiff,<br><br>vs.<br><br>4INTERNET, LLC,<br><br>        Defendant. | 2:18-CV-02097-JAD-VCF<br>**ORDER** |

Before the court is the Joint Discovery Plan (ECF NO. 20).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the Joint Discovery Plan (ECF NO. 20) is scheduled for 1:00 PM, May 1, 2019, in Courtroom 3D.

IT IS FURTHER ORDERED that Ryan L. Isenberg, Esq. may appear by telephone. Troy L. Isaacson, Esq. must be present in person for the hearing.

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 22nd day of April, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE