Mathew K. Higbee, Esq., SBN 11158
**HIGBEE & ASSOCIATES**
2445 Fire Mesa St., Suite 150
Las Vegas, NV 89128
(714) 617-8350
(714) 597-6729 facsimile
Email: mhigbee@higbeeassociates.com

Attorney for Plaintiff,
ROBERT MILLER

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA
### LAS VEGAS DIVISION

| | |
|---|---|
| ROBERT MILLER, | Case No. 2:18-cv-02097-JAD-VCF |
| Plaintiff, | |
| v. | **DECLARATION OF EUGENE SADOWSKI** |
| 4INTERNET, LLC; and DOES 1 through 10 inclusive, | |
| Defendants. | |
| AND | |
| 4INTERNET, LLC, | |
| Counterclaimant, | |
| v. | |
| ROBERT MILLER; MATHEW HIGBEE; THE LAW FIRM OF HIGBEE & ASSOCIATES, APC; and CHRISTOPHER SADOWSKI; | |
| Counterclaim Defendants. | |

1

## DECLARATION OF EUGENE SADOWSKI

I, Eugene Sadowski, declare as follows:

1. I am an agent for Plaintiff Robert Miller and Counterclaim Defendant Christopher Sadowski, as well as other photographers similarly situated. I do not have any formal or informal working relationship any news agency and provide the described services in an independent capacity. I assist photographers with keeping track of their intellectual property by discovering unauthorized uses of their photographs.

2. I make this Declaration in support of Counterclaim Defendants' Motion to Dismiss. I have personal knowledge of the following facts, and if called as a witness, I could and would testify as follows:

3. On or about August 31, 2018 I discovered the alleged infringing use of the Image, 8.9.18_Fred_the goat_Miller.jpg registered to Robert Miller under registration number VA 2-120-723 on two 4Internet, LLC websites, www.4jewish.com and www.4rightwing.com.

4. These alleged infringing uses were found through a manual image search using Google reverse image search. No reverse image search services such as CopyPants or any others were used to discover these uses.

5. When I discover uses through a manual image search, I search for any given photographer's published images by uploading them to Google images, which uses a mathematical algorithm to search for matching websites.

6. Upon finding matches for websites and published images, I list them in a spreadsheet and give them an internal case number. Attached hereto as Exhibit A is an example of this spreadsheet.

7. I then take screenshots of the image, the full page where it is found, a high definition image, and the text of the document showing the URL.

8. I also conduct a GoDaddy WHOIS search and Secretary of State business entity search to find the website owner's contact information.

9. For this case, I found the information for 4Internet, LLC through a GoDaddy WHOIS search. *See* Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America. Executed on May 7, 2019 at Wayne, New Jersey.

                                          **/s/ Eugene Sadowski**
                                          Eugene Sadowski

# Exhibit "A"

| Publishing Date | Story | Web Address |
|---|---|---|
| | Rogue Goat May Have Helped Farm Animals To Escape | |
| 07/09/2018 | emt-suing-doctor-for-walking-back-insurance-fraud-claims-that-got-her-fired | https://nypost.com/2018/07/09/emt-suing-doctor-for-walking-back- |
| 07/10/2018 | judge-tosses-acs-contract-given-to-unqualified-firm | https://nypost.com/2018/07/10/judge-tosses-acs-contract-given-to |
| 07/11/2018 | donovan-demands-probe-into-de-blasios-use-of-nypd-spy-plane | https://nypost.com/2018/07/11/donovan-demands-probe-into-de-b |
| 07/12/2018 | construction-worker-dies-after-being-struck-by-falling-pipe | h https://nypost...ivate-donors/ ☒ /construction-worker-dies-after-beir |
| 07/14/2018 | Charter-school-ceos-get-massive-paychecks-thanks-to-private-donors | https://nypost.com/2018/07/14/charter-school-ceos-get-massive-p |
| 07/17/2018 | Stabbing Victims Family Curses Out Killer in Court | https://nypost.com/2018/07/17/stabbing-victims-family-curses-out |
| 07/17/2018 | NYPD To Assign More Investigators To Sex Assault Cases | https://nypost.com/2018/07/17/nypd-to-assign-more-investigators |
| 07/18/2018 | NYPD Commissioner Used Anti Terror Plane | https://nypost.com/2018/07/18/nypd-commissioner-i-used-anti-ter |
| 07/27/2018 | Relaxation Gardens Turns Into An Eyesore | https://nypost.com/2018/07/27/relaxation-garden-turns-into-aband |
| 07/27/2018 | Diner Owner Furiuous He Settled Fraudulent Lawsuit | https://nypost.com/2018/07/27/diner-owner-furious-he-settled-frau |
| 08/02/2018 | Prosecutors Laid Out Charges to Norman Seabrook | https://nypost.com/2018/08/02/norman-seabrook-muttered-bulls-t |
| 08/04/2018 | More Zombie Raccoons Die In Central Park | https://nypost.com/2018/08/04/more-zombie-raccoons-die-in-cent |
| 08/09/2018 | Rogue Goat May Have Helped Farm Animals To Escape | https://nypost.com/2018/08/09/rogue-goat-may-have-helped-doze |
| 08/10/2018 | Mom Who Survived Crash Arrives At Wake In Stretcher | https://nypost.com/2018/08/10/mom-who-survived-crash-that-kille |
| 08/14/2018 | Dinosaur Gets Bath At Museum of Natural History | https://nypost.com/2018/08/14/dinosaur-gets-bath-at-museum-of- |
| 08/14/2018 | PA Tests New Security Device that Scans Passerbys | https://nypost.com/2018/08/14/port-authority-tests-new-security-te |
| 08/15/2018 | Woman Leaps to Her Death From Midtown Hotel | https://nypost.com/2018/08/15/woman-leaps-to-her-death-from-m |
| 08/16/2018 | Former Crew Members Celebrate USS Intrepid 75th Anniversary | https://nypost.com/2018/08/16/former-crew-members-celebrate-u |



# Exhibit "B"

https://www.4jewish.com/nypost.com/rogue-goat-may-have-helped-dozens-of-farm-animals-escape-new-york-post/

```
Domain Name: 4JEWISH.COM
Registry Domain ID: 1778802746_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2018-02-07T13:32:13Z
Creation Date: 2013-02-06T19:54:44Z
Registrar Registration Expiration Date: 2019-02-06T19:54:44Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Michael Levy
Registrant Organization: 4Internet, LLC
Registrant Street: 8275 South Eastern Avenue
Registrant Street: Suite 200-265
Registrant City: Las Vegas
Registrant State/Province: Nevada
Registrant Postal Code: 89123
Registrant Country: US
Registrant Phone: +1.8005684638
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: 4internet.com@gmail.com
```