Mathew K. Higbee, Esq., SBN 11158
HIGBEE & ASSOCIATES
3481 E Sunset Rd., Suite 100
Las Vegas, NV 89120
(714) 617-8350
(714) 597-6729 facsimile
Email: mhigbee@higbeeassociates.com
*Attorney for Plaintiff,*
ROBERT MILLER

Ryan L. Isenberg
Georgia Bar No. 384899
Isenberg & Hewitt, P.C.
6600 Peachtree Dunwoody Road
600 Embassy Row, Suite 150
Atlanta, GA 30328
(770) 351-4400
(770) 828-0100 facsimile
ryan@isenberg-hewitt.com
*Attorney for Defendant,*
4INTERNET, LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT MILLER,<br><br>    Plaintiff,<br><br>v.<br><br>4INTERNET, LLC; and DOES 1 through 10 inclusive,<br><br>    Defendants.<br>AND<br><br>4INTERNET, LLC,<br><br>    Counterclaimant,<br><br>v.<br><br>ROBERT MILLER; MATHEW HIGBEE; THE LAW FIRM OF HIGBEE & ASSOCIATES, APC; and CHRISTOPHER SADOWSKI;<br><br>    Counterclaim Defendants. | Case No. 2:18-cv-02097-JAD-VCF<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR MOTION-TO-DISMISS BRIEFING**<br><br>ECF No. 33 |

1

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Defendant / Counterclaimant 4Internet, LLC and Plaintiff / Counterclaim Defendants Robert Miller, Christopher Sadowski, Mathew K. Higbee, and The Law Firm of Higbee & Associates, APC (collectively "Counterclaim Defendants"), may have additional time within which to provide an opposition and reply to Counterclaim Defendants' Motion to Dismiss filed on May 7, 2019. Therefore, Counterclaimant's opposition shall be due June 7, 2019 and Counterclaim Defendants reply shall be due June 21, 2019.

Good cause exists for this extension, as counsel for both parties will be traveling during this time due to pre-existing obligations and will not be able to provide an adequate response.

This document is being electronically filed through the Court's ECF System. In this regard, counsel for Plaintiff / Counterclaim Defendant ROBERT MILLER hereby attests that (1) the content of the document is acceptable to all persons required to sign the document; (2) Defendant / Counterclaimant's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

Dated: May 14, 2019 Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
Nevada Bar No. 11158
HIGBEE & ASSOCIATES
3481 E Sunset Rd., Suite 100
Las Vegas, NV 89120
(714) 617-8350
(714) 597-6729 facsimile
*Counsel for Plaintiff*

## ORDER

Based on the parties' stipulation **[ECF No. 33]** and good cause appearing, IT IS HEREBY ORDERED that the deadline to file the opposition to Counterclaim Defendants' Motion to Dismiss is extended to June 7, 2019, and the deadline for reply is extended to June 21, 2019.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 17, 2019