| | |
|---|---|
| 1 | Mathew K. Higbee, Esq., SBN 11158 |
| 2 | **HIGBEE & ASSOCIATES** |
|  | 2445 Fire Mesa St., Suite 150 |
| 3 | Las Vegas, NV 89128 |
| 4 | (714) 617-8350 |
|  | (714) 597-6729 facsimile |
| 5 | Email: mhigbee@higbeeassociates.com |

Attorney for Plaintiff,
ROBERT MILLER

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
## LAS VEGAS DIVISION

| | |
|---|---|
| ROBERT MILLER, | Case No. 2:18-cv-02097-JAD-VCF |
| Plaintiff, | |
| v. | **REQUEST FOR JUDICIAL NOTICE** |
| 4INTERNET, LLC; and DOES 1 through 10 inclusive, | |
| Defendants. | |
| AND | |
| 4INTERNET, LLC, | |
| Counterclaimant, | |
| v. | |
| ROBERT MILLER; MATHEW HIGBEE; THE LAW FIRM OF HIGBEE & ASSOCIATES, APC; and CHRISTOPHER SADOWSKI; | |
| Counterclaim Defendants. | |

1

Plaintiff, by and through his attorney, hereby requests the Court to take judicial notice pursuant to Federal Rule of Evidence 201 of the following facts:

1. Google offers a publically available reverse image search service.
2. To conduct a search using an image, open a web browser, go to Google Images, and upload an image.
3. The results will yield, *inter alia*, websites that contain the image.

Attached hereto is Exhibit B to support these facts, which includes instructions from Google on how to conduct a reverse image search, and screenshots of a time stamped demonstration using Plaintiff's Robert Miller's copyrighted work at issue.

Dated: June 21, 2019                              Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
Nevada Bar No. 11158
**HIGBEE & ASSOCIATES**
2445 Fire Mesa St., Suite 150
Las Vegas, NV 89128
(714) 617-8350
(714) 597-6729 facsimile
*Counsel for Plaintiff*

2