# Exhibit "B"

**Help Center**  **Community**

# Find related images with reverse image search

You can use a picture to find related images from the web.

## What you'll find

When you search with a picture, your results may include:

- Similar images
- The websites that contain these images
- Other sizes of the picture you searched with

## How Google uses the pictures you search with

The pictures you upload in your search may be stored by Google for 7 days. They won't be a part of your search history, and we'll only use them during that time to make our products and services better.

Android   **Computer**   iPhone & iPad

## Compatible browsers

You can do a reverse image search on most browsers, like:
- Chrome
- Firefox
- Safari

## Upload a picture

1. On your computer, open a web browser, like Chrome or Safari.
2. Go to Google Images .
3. Click Search by image .
4. Click **Upload an image** > **Choose file** or **Browse**.
5. Select a picture from your computer.
6. Click **Open** or **Choose**.

## Drag and drop a picture

**Note**: To drag and drop pictures, you'll need to use Chrome or Firefox.

Case 2:18-cv-02097-JAD-VCF Document 37-1 Filed 06/21/19 Page 3 of 6

1. On your computer, open a browser, like Chrome or Firefox.
2. Go to Google Images.
3. On your computer, find the file with the picture you want to search with.
4. Click the picture.
5. Hold down the mouse, drag the picture, and then drop it into the search box.

## Search with a URL

1. On your computer, open a web browser, like Chrome or Safari.
2. Go to the website with the picture you want to use.
3. To copy the URL, right-click on the picture.
4. Click **Copy image address**.
5. Go to Google Images.
6. Click Search by image .
7. Click **Paste image URL**.
8. In the text box, paste the URL.
9. Click **Search by image**.

The URLs you search with aren't saved in your browsing history. Google may store the URLs to make our products and services better.

## Search with a picture from a website

1. On your computer, open the Chrome browser.
2. Go to the website with the picture you want to use.
3. Right-click the picture.
4. Click **Search Google for image**. You'll see your results in a new tab.

Was this helpful?



English









