The highlighted website says www.buzzfeed.com





Defendant

A

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Higbee Visit | 7/18/2018 13:28:13 | 4search.com | chicago.cbslocal.com | /chicago.cbslocal.com/central-illinois-woman-charged-in-synthetic-marijuana-case/ | 173.198.35.188 | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_9_5) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/67.0.3396.87 Safari/537.36 | https://www.4search.com/chicago.cbslocal.com/central-illinois-woman-charged-in-synthetic-marijuana-case/ | https://copyright.higbeeassociates.com/case_screening/edit/X16NZM |
| Copypants Visit | 7/18/2018 15:26 | 4search.com | chicago.cbslocal.com | /chicago.cbslocal.com/central-illinois-woman-charged-in-synthetic-marijuana-case/ | 40.70.14.114 | | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/59.0.3071.115 Electron/1.8.7 Safari/537.36 | https://www.4search.com/chicago.cbslocal.com/central-illinois-woman-charged-in-synthetic-marijuana-case/ |

**Defendant**

**B**

exhibitsticker.com















