September 24, 2018,
Re: Claim Number: 518099   FRE 408 Settlement Communication

Dear Micharl Levy,

   The Law Firm of Higbee & Associates represents Christopher Sadowski. Copyright images owned by Christopher Sadowski were discovered on 4Internet, LLC website(s). Please see the attached exhibits that show the use of the copyrighted works. Our client has no record of you having a license to use their copyrighted work and has authorized us to contact you on their behalf. If you have a license, please contact us immediately with a copy of that license at claims@higbeeassociates.com, please include the claim number (518099).

Chris Sadowski is an accomplished photographer whose photos have been used by the world's biggest news outlets. His photos often license for $7,500 to $25,000 a year. The unauthorized use of his work hurts his livelihood and results in him having to spend tens of thousands of dollars and countless hours monitoring and stopping such use.To add in complaint: Plaintiff Christopher Sadowski is a professional photographer by trade. Sadowski has licensed or sold his photographs to dozens of major media outlets such as The New York Post, The Daily Mail, Boston Globe, Boston Herald, Los Angeles Times, Toronto Sun, Newsweek Magazine, People Magazine, the Associated Press, USA Today, The Wall Street Journal, Fox News, NBC News, MSNBC, Inside Edition, and TMZ.

   If 4Internet, LLC does not have a license, we believe the use of the work is a violation of The Copyright Act, Title 17 of the United States Code. As the violation occurred on a company website, the company is liable for the unauthorized use, including cases in which a website designer, employee  or a third party is responsible for the inclusion of this image on your website. Even if your use of the image without a license was unintentional, for example; if the image was found on the internet and believed to be available for free use, it is still a violation of copyright law, and ceasing use of the images now may reduce the liability, but not release you or your organization from liability.

   The unauthorized use of my client's work threatens my client's livelihood. While Christopher Sadowski, does have the right to bring a lawsuit for damages, my client is willing to settle this in an amicable way, out of court and without a lawsuit. I was asked to contact you and see if we can negotiate a settlement and save everyone the stress and costs of going to court. Please know that I only have a limited amount of time to settle this claim out of court.

   If forced to go to court, my client will ask for the maximum relief possible, which may include statutory damages under 17 U.S.C. §504 for up to $150,000 for intentional infringement or $30,000 for unintentional infringement. My client would also ask the court to have you pay court costs and attorneys fees. Copyright lawsuits can result in judgments, wage garnishments and liens on property.  In some instances, the business owner can be held individually liable.

   This type of claim is often covered by business insurance.   You may wish to forward this to your insurance carrier.  You may also wish to hire an attorney.

**Defendant**

**E**

Claim number: 518099                              Printed: September 24, 2018 11:26

**If we do not hear from you within 30 days from the date of this letter, we will have no choice but to take this to mean that you do not have a license and do not want to settle this matter out of court.**

To resolve this matter efficiently and amicably out of court, please follow these steps:

(1) Within five business days after receipt of this letter, remove all occurrences of the image from your website(s), cease using it in any way, and confirm in writing that you have done so.

**AND**

(2) Within seven business days after receipt of this letter, return to our firm the attached Release License, along with your payment in the form of a valid cashier's check or money order for **$13500** payable to "**Higbee & Associates Client Trust Account**". This can be returned to us via US Mail. You can also pay over the phone or online at http://copyright.higbeeassociates.com/resolution. Your login is 518099.  Your password is aidxtoo9.  If you choose to make your payment online, you can return the Release License via email to claims@higbeeassociates.com. Please include the case number (518099) in the subject line.

Please feel free to call or email us to discuss this matter, 800-716-1245 or send email to claims@higbeeassociates.com

       Sincerely,

       Mathew K. Higbee
       Attorney at Law

**EXHIBIT A**



### Infringing webpages:

- https://www.4baseball.com/dailymail.co.uk/pictured-father-who-shot-his-son-his-ex-wife-and-current-wife-in-triple-murder-suicide/
- https://www.4baseball.com/cbsnews.com/triple-murder-suspect-kills-himself-after-standoff-police-say/
- https://www.4entertainment.com/foxnews.com/alabama-man-kills-wife-child-in-murder-suicide-2-other-children-injured-police-say/
- https://www.4entertainment.com/cbsnews.com/triple-murder-suspect-kills-himself-after-standoff-police-say/
- https://www.4catholic.com/nypost.com/man-kills-himself-daughter-in-murder-suicide-after-kidnapping-cops/
- https://www.4christian.com/ktvq.com/elderly-wyoming-man-kills-wife-attempts-suicide/
- https://www.4christian.com/nypost.com/son-kills-newlywed-parents-ex-wife-in-murder-suicide/
- https://www.4christian.com/nypost.com/man-kills-himself-daughter-in-murder-suicide-after-kidnapping-cops/
- https://www.4christian.com/upi.com/alabama-man-kills-wife-daughter-in-murder-suicide-police-say/
- https://www.4jewish.com/nypost.com/man-kills-wife-and-her-parents-in-triple-murder-suicide-cops/
- http://www.4rightwing.com/nypost.com/man-kills-son-his-mother-and-himself-in-murder-suicide-cops/
- http://www.4rightwing.com/nypost.com/man-kills-wife-and-her-parents-in-triple-murder-suicide-cops/
- http://www.4rightwing.com/nypost.com/son-kills-newlywed-parents-ex-wife-in-murder-suicide/
- http://www.4rightwing.com/nypost.com/man-kills-himself-daughter-in-murder-suicide-after-kidnapping-cops/
- http://www.4rightwing.com/upi.com/alabama-man-kills-wife-daughter-in-murder-suicide-police-say/
- http://www.4rightwing.com/foxnews.com/alabama-man-kills-wife-child-in-murder-suicide-2-other-children-injured-police-say/
- http://www.4rightwing.com/msn.com/alabama-man-kills-wife-child-in-murder-suicide-2-other-children-injured-police-say/
- https://www.4conservative.com/nypost.com/son-kills-newlywed-parents-ex-wife-in-murder-suicide/

### Infringing file locations:

- https://www.4baseball.com/cache/images/web/featured/thumbs/thenypost.files.wordpress.com/4152144-thumb.jpg
- https://www.4baseball.com/cache/images/web/featured/thumbs/thenypost.files.wordpress.com/4152144-thumb.jpg

Claim number: 518099                    Printed: September 24, 2018 11:26

- https://www.4entertainment.com/cache/images/web/featured/thumbs/thenypost.files.wordpress.com/4152144-thumb.jpg
- https://www.4entertainment.com/cache/images/web/featured/thumbs/thenypost.files.wordpress.com/4152144-thumb.jpg
- https://www.4catholic.com/cache/images/web/featured/thumbs/thenypost.files.wordpress.com/4152144-thumb.jpg
- https://www.4christian.com/cache/images/web/featured/thumbs/thenypost.files.wordpress.com/4152144-thumb.jpg
- https://www.4christian.com/cache/images/web/featured/thumbs/thenypost.files.wordpress.com/4152144-thumb.jpg
- https://www.4christian.com/cache/images/web/featured/thumbs/thenypost.files.wordpress.com/4152144-thumb.jpg
- https://www.4christian.com/cache/images/web/featured/thumbs/thenypost.files.wordpress.com/4152144-thumb.jpg
- https://www.4jewish.com/cache/images/web/featured/thumbs/thenypost.files.wordpress.com/4152144-thumb.jpg
- http://www.4rightwing.com/cache/images/web/featured/thumbs/thenypost.files.wordpress.com/4152144-thumb.jpg
- http://www.4rightwing.com/cache/images/web/featured/thumbs/thenypost.files.wordpress.com/4152144-thumb.jpg
- http://www.4rightwing.com/cache/images/web/featured/thumbs/thenypost.files.wordpress.com/4152144-thumb.jpg
- http://www.4rightwing.com/cache/images/web/featured/thumbs/thenypost.files.wordpress.com/4152144-thumb.jpg
- http://www.4rightwing.com/cache/images/web/featured/thumbs/thenypost.files.wordpress.com/4152144-thumb.jpg
- http://www.4rightwing.com/cache/images/web/featured/thumbs/thenypost.files.wordpress.com/4152144-thumb.jpg
- https://www.4conservative.com/cache/images/web/featured/thumbs/thenypost.files.wordpress.com/4152144-thumb.jpg

Infringing images and screenshots are shown below. You can receive copies of these images via email by sending a request to infringements@higbeeassociates.com. The email must include the case number (518099) in the subject line.



Claim number: 518099                                        Printed: September 24, 2018 11:26



Claim number: 518099                                    Printed: September 24, 2018 11:26

# EXHIBIT B



## Infringing webpages:

- https://www.4entertainment.com/nypost.com/cops-id-one-of-five-men-arrested-for-brutal-mistaken-identity-slaying/
- https://www.4search.com/nydailynews.com/five-suspects-in-custody-after-brutal-mistaken-identity-slay-of-bronx-teen-sources-say/
- https://www.4christian.com/msn.com/brooklyn-rapper-releases-track-dedicated-to-bronx-15-year-old-killed-in-brutal-mistaken-identity-att/

## Infringing file locations:

- https://www.4entertainment.com/cache/images/web/featured/thumbs/thenypost.files.wordpress.com/145708282-thumb.jpg
- https://www.4search.com/cache/images/web/featured/thumbs/thenypost.files.wordpress.com/145708282-thumb.jpg
- https://www.4christian.com/cache/images/web/featured/thumbs/thenypost.files.wordpress.com/145708282-thumb.jpg

Infringing images and screenshots are shown below. You can receive copies of these images via email by sending a request to infringements@higbeeassociates.com. The email must include the case number (518099) in the subject line.



Claim number: 518099                                             Printed: September 24, 2018 11:26



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-083-404**

**Effective Date of Registration:**
December 31, 2017

## Title

**Title of Work:** Group Registration Photos, 2017-Q4 Photo Collection, published 10/1/2017 to 12/30/2017; 256 photos

**Content Title:** 093017hammerstein4CS, 10/1/2017

082317debate9CS, 10/3/2017

041917ikea11CS, 10/3/2017

091717plane1CS, 10/3/2017

092817nypd1CS, 10/3/2017

100517police4CS, 10/5/2017

111315uber3CS, 10/5/2017

100417nypd1CS, 10/5/2017

072617usps9CS, 10/5/2017

052116amazon21CS, 10/5/2017

100417statue4CS, 10/6/2017

081317bwb3CS, 10/6/2017

091617crimescene1CS, 10/7/2017

100717fire2CS, 10/8/2017; 100717fire10CS, 10/8/2017; 100717fire16CS, 10/8/2017; 100717fire17CS, 10/8/2017

100517recycling5CS, 10/10/2017

100817sculpture2CS, 10/10/2017

100817sculpture8CS, 10/10/2017

062415house48CS, 10/11/2017

080317spectrum5CS, 10/11/2017

Page 1 of 8

101217bus2CS, 10/12/2017

100316treasury1CS, 10/13/2017

101417stabbing3CS, 10/14/2017; 101417stabbing4CS, 10/14/2017; 101417stabbing5CS, 10/14/2017

092017taxi5CS, 10/16/2017

090716correction2CS, 10/16/2017

092817nypd15CS, 10/16/2017

040817police8CS, 10/16/2017

100517halloween1CS, 10/16/2017

092617sign1CS, 10/17/2017

101817amazon4CS, 10/19/2017

101817airplane1CS, 10/19/2017

101817amazon7CS, 10/19/2017

092317restroom1CS, 10/19/2017

071217subway41CS, 10/19/2017

101917dinner18CS, 10/20/2017; 101917dinner22CS, 10/20/2017; 101917dinner31CS, 10/20/2017; 101917dinner35CS, 10/20/2017; 101917dinner43CS, 10/20/2017; 101917dinner48CS, 10/20/2017; 101917dinner55CS, 10/20/2017; 101917dinner56CS, 10/20/2017

072717bus1CS, 10/21/2017

100814wfp46CS, 10/21/2017

101817traffic3CS, 10/23/2017

072717metrocard5CS, 10/24/2017

103016verizon1CS, 10/24/2017

092717nypd1CS, 10/26/2017

100517chipotle2CS, 10/26/2017

102517lordandtaylor2CS, 10/26/2017

033117bofi1CS, 10/26/2017

102717jumper4CS, 10/27/2017

111009tweed2CS, 10/28/2017

102917jumper3CS, 10/29/2017

101817traffic8CS, 10/29/2017

060217cityhall10CS, 10/31/2017

102917passport4CS, 10/31/2017

102917clock1CS, 10/31/2017

071217subwaycar3CS, 10/31/2017

070617subway5CS, 10/31/2017

070617overcrowding13CS, 10/31/2017

100117chuckecheese1CS, 10/31/2017

103117vehicle8CS, 11/1/2017; 110117residence3CS, 11/1/2017

110117mosque3CS, 11/1/2017

103117vehicle1CS, 11/2/2017

122116usps4CS, 11/2/2017

102917passport1CS, 11/6/2017

050917times4CS, 11/6/2017

110217cable5CS, 11/6/2017

100117qdoba1CS, 11/6/2017

110217halloween22CS, 11/6/2017

022317liquor9CS, 11/6/2017

100117sprint3CS, 11/6/2017

051817garbage2CS, 11/7/2017

091217oiltank1CS, 11/8/2017; 091217oiltank2CS, 11/8/2017;
091217oiltank3CS, 11/8/2017; 091217oiltank4CS, 11/8/2017;
091217oiltank5CS, 11/8/2017; 091217oiltank6CS, 11/8/2017;
091217oiltank7CS, 11/8/2017; 091217oiltank8CS, 11/8/2017;
091217oiltank9CS, 11/8/2017; 091217oiltank10CS, 11/8/2017;
091217oiltank11CS, 11/8/2017; 091217oiltank12CS, 11/8/2017;
091217oiltank13CS, 11/8/2017; 091217oiltank16CS, 11/8/2017;
091217oiltank17CS, 11/8/2017; 091217oiltank19CS, 11/8/2017;
091217oiltank20CS, 11/8/2017; 091217oiltank21CS, 11/8/2017;
091217oiltank24CS, 11/8/2017; 091217oiltank26CS, 11/8/2017;
091217oiltank27CS, 11/8/2017; 091217oiltank29CS, 11/8/2017;
091217oiltank31CS, 11/8/2017; 091217oiltank32CS, 11/8/2017

092917asbestos1CS, 11/8/2017; 092917asbestos2CS, 11/8/2017;
092917asbestos3CS, 11/8/2017; 092917asbestos4CS, 11/8/2017;
092917asbestos5CS, 11/8/2017; 092917asbestos6CS, 11/8/2017;
092917asbestos7CS, 11/8/2017; 092917asbestos8CS, 11/8/2017;
092917asbestos9CS, 11/8/2017; 092917asbestos10CS, 11/8/2017;
092917asbestos11CS, 11/8/2017; 092917asbestos12CS, 11/8/2017;
092917asbestos13CS, 11/8/2017; 092917asbestos14CS, 11/8/2017;
092917asbestos15CS, 11/8/2017; 092917asbestos16CS, 11/8/2017;
092917asbestos17CS, 11/8/2017; 092917asbestos18CS, 11/8/2017;

092917asbestos19CS, 11/8/2017; 092917asbestos20CS, 11/8/2017; 092917asbestos21CS, 11/8/2017; 092917asbestos22CS, 11/8/2017; 092917asbestos23CS, 11/8/2017; 092917asbestos24CS, 11/8/2017; 092917asbestos25CS, 11/8/2017; 092917asbestos26CS, 11/8/2017

122116amazon5CS, 11/8/2017

071217att33CS, 11/8/2017

061017sears21CS, 11/8/2017

071317njtransit18CS, 11/8/2017

102417rally33CS, 11/8/2017

122316tree2CS, 11/9/2017

071217subway27CS, 11/10/2017

092817nypd12CS, 11/10/2017

070617homeless7CS, 11/10/2017

091217oiltank14CS, 11/11/2017; 091217oiltank15CS, 11/11/2017

111217assault1CS, 11/13/2017

111117suspicious1CS, 11/13/2017

111217assault14CS, 11/14/2017

100517chickfila2CS, 11/16/2017

100117barnesandnoble5CS, 11/16/2017

072117buffalo2CS, 11/16/2017

102517wallstreet3CS, 11/16/2017

111315uber3CS, 11/16/2017

072017dems46CS, 11/16/2017

091517nypd1CS, 11/18/2017

100117target4CS, 11/22/2017

092817nypd7CS, 11/22/2017

041917ikea17CS, 11/22/2017

120516neiman2CS, 11/22/2017

080317spectrum2CS, 11/24/2017

091617crimescene3CS, 11/25/2017

111315uber22CS, 11/25/2017

070517nuclear11CS, 11/26/2017



042017tolley4CS, 11/27/2017; 060316viacom15CS, 11/27/2017

112717bleach1CS, 11/27/2017

112417washers1CS, 11/27/2017

112813macys33CS, 11/27/2017

120316victorias2CS, 11/27/2017

050717money1CS, 11/27/2017

090917dailynews4CS, 11/28/2017

112917treelighting1CS, 11/29/2017

071217subway30CS, 11/30/2017

041516overcrowding12CS, 12/2/2017

120217goldenkrust2CS, 12/3/2017

113017valentino1CS, 12/4/2017

082617outback1CS, 12/4/2017

091217usps2CS, 12/4/2017

061117costco5CS, 12/4/2017

030317dominos2CS, 12/4/2017

040215forever1CS, 12/4/2017

081317dunkin1CS, 12/4/2017

092017taxi4CS, 12/4/2017

120217goldenkrust1CS, 12/4/2017; 120217goldenkrust25CS, 12/4/2017; 120217goldenkrust27CS, 12/4/2017; 120217goldenkrust29CS, 12/4/2017

082517cvs1CS, 12/4/2017

120217goldenkrust3CS, 12/4/2017

112917treelighting8CS, 12/4/2017; 112917treelighting14CS, 12/4/2017

122016screentime2CS, 12/5/2017

071217worldwide4CS, 12/5/2017

092817townhall16CS, 12/5/2017

080217basketball4CS, 12/5/2017

110417medallion13CS, 12/6/2017

100117toysrus3CS, 12/7/2017

090917dailynews18CS, 12/7/2017

061117satindolls1CS, 12/8/2017

120717moneygram5CS, 12/8/2017

120717appletv5CS, 12/8/2017

120717bitcoin8CS, 12/8/2017

120717bitcoin13CS, 12/8/2017

072817crimescene4CS, 12/9/2017

072017dems74CS, 12/9/2017

120217goldenkrust26CS, 12/10/2017

072117burgerking1CS, 12/12/2017

112217tracks32CS, 12/13/2017

120217goldenkrust8CS, 12/13/2017

112917treelighting37CS, 12/13/2017

121417shooting1CS, 12/15/2017

100117sprint5CS, 12/15/2017

100117target3CS, 12/15/2017

052017ups2CS, 12/15/2017

122916fox2CS, 12/15/2017

071917citibike13CS, 12/15/2017

092817nypd14CS, 12/15/2017

121617shooting1CS, 12/16/2017

121617shooting3CS, 12/17/2017

081117pills12CS, 12/18/2017

121717telephone6CS, 12/18/2017

011217subway2CS, 12/18/2017

052417ups7CS, 12/21/2017

072117metlife2CS, 12/22/2017

100517chickfila1CS, 12/22/2017

100517chipotle1CS, 12/22/2017

072617att1CS, 12/22/2017

100316treasury13CS, 12/22/2017

122117fire3CS, 12/22/2017



101817timessquare23CS, 12/22/2017

100117redrobin1CS, 12/26/2017

050517crimescene3CS, 12/27/2017

080115empire25CS, 12/27/2017

122717iphone3CS, 12/27/2017

122617bitcoin2CS, 12/27/2017

121417wallstreet12CS, 12/27/2017

030217police3CS, 12/27/2017

010117nativity3CS, 12/27/2017

100117redrobin2CS, 12/27/2017

122617bitcoin6CS, 12/27/2017

021816uber2CS, 12/27/2017

010117nye8CS, 12/27/2017

121717nypd2CS, 12/27/2017

122817fire3CS, 12/28/2017; 122817fire4CS, 12/28/2017; 122817fire15CS, 12/28/2017

122917fire2CS, 12/29/2017; 122917fire9CS, 12/29/2017; 122917fire13CS, 12/29/2017

122817fire5CS, 12/29/2017; 122817fire6CS, 12/29/2017; 122817fire24CS, 12/29/2017; 122917fire10CS, 12/29/2017

102716nypd4CS, 12/29/2017

091617crimescene12CS, 12/29/2017

010117nye5CS, 12/29/2017

122817fire11CS, 12/29/2017

122917fire28CS, 12/30/2017; 122917fire31CS, 12/30/2017

010116nye11CS, 12/30/2017

122116subway1CS, 12/30/2017

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** October 01, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Christopher Sadowski
- **Author Created:** photograph
- **Work made for hire:** No
- **Citizen of:** United States
- **Year Born:** 1982

## Copyright Claimant

**Copyright Claimant:** Christopher Sadowski
96 9th Avenue, Hawthorne, NJ, 07506, United States

## Rights and Permissions

- **Name:** Christopher Sadowski
- **Email:** cdsadowski@aol.com
- **Telephone:** (973)650-5382
- **Address:** 96 9th Avenue
Hawthorne, NJ 07506 United States

## Certification

- **Name:** Christopher Sadowski
- **Date:** December 31, 2017

# Copyright
United States Copyright Office

| Help | Search | History | Titles | Start Over |

## Public Catalog
Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Sadowski Christopher
Search Results: Displaying 30 of 46 entries

[previous] [next]

**Labeled View**

### 2018-Q2 Photo Collection.

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002108670 / 2018-07-02 |
| **Application Title:** | 2018-Q2 Photo Collection |
| **Title:** | 2018-Q2 Photo Collection. [Group registration of published photographs. 126 photographs. 2018-04-01 to 2018-06-30] |
| **Description:** | 126 photographs : Electronic file (eService) |
| **Copyright Claimant:** | Christopher Sadowski, 1982- . Address: 96 9th Avenue, Hawthorne, NJ, 07506, United States. |
| **Date of Creation:** | 2018 |
| **Publication Date Range:** | 2018-04-01 to 2018-06-30 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Christopher Sadowski, 1982- ; Citizenship: United States. Authorship: photographs. |
| **Rights and Permissions:** | Christopher Sadowski, 96 9th Avenue, Hawthorne, NJ, 07506, United States, (973) 650-5382, cdsadowski@aol.com |
| **Copyright Note:** | Regarding title information, Deposit contains complete list of titles that correspond to the individual photographs included in this group. Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in April 2018 (1 photographs): 040118fire8CS published 4/1/2018 |
| | Published in April 2018 (1 photographs): 030118police11CS published 4/2/2018 |
| | Published in April 2018 (1 photographs): 030118scaramucci44CS published 4/2/2018 |
| | Published in April 2018 (1 photographs): 052116amazon11CS published 4/3/2018 |
| | Published in April 2018 (1 photographs): 021818metrocard2CS published 4/3/2018 |
| | Published in April 2018 (1 photographs): 030416hole1CS published 4/3/2018 |
| | Published in April 2018 (1 photographs): 100117panerabread2CS published 4/3/2018 |
| | Published in April 2018 (1 photographs): 012112subway7CS published 4/4/2018 |
| | Published in April 2018 (1 photographs): 090716correction3CS published 4/5/2018 |
| | Published in April 2018 (1 photographs): 040618billboard1CS published 4/6/2018 |
| | Published in April 2018 (1 photographs): 020718nypdcuffs6CS published 4/6/2018 |
| | Published in April 2018 (1 photographs): 040518dropper1CS published 4/6/2018 |
| | Published in April 2018 (1 photographs): 120217ford2CS published 4/6/2018 |
| | Published in April 2018 (1 photographs): 022818pills13CS published 4/6/2018 |
| | Published in April 2018 (1 photographs): 032917skyline10CS published 4/6/2018 |
| | Published in April 2018 (1 photographs): 022818handcuffs4CS published 4/6/2018 |
| | Published in April 2018 (1 photographs): 071217subway25CS published 4/8/2018 |
| | Published in April 2018 (1 photographs): 053114wfp48CS published 4/9/2018 |
| | Published in April 2018 (1 photographs): 040618carseat1CS published 4/9/2018 |
| | Published in April 2018 (1 photographs): 040718fire15CS published 4/9/2018 |
| | Published in April 2018 (1 photographs): 040718fire23CS published 4/9/2018 |
| | Published in April 2018 (1 photographs): 040918backpage9CS published 4/9/2018 |
| | Published in April 2018 (1 photographs): 040918sharpie1CS published 4/9/2018 |
| | Published in April 2018 (1 photographs): 090912vatican41CS published 4/9/2018 |
| | Published in April 2018 (1 photographs): 040916ambulance3CS published 4/9/2018 |
| | Published in April 2018 (1 photographs): 040718fire12CS published 4/9/2018 |
| | Published in April 2018 (1 photographs): 040618billboard3CS published 4/10/2018 |
| | Published in April 2018 (1 photographs): 021818metrocard2CS published 4/10/2018 |
| | Published in April 2018 (1 photographs): 040718fire20CS published 4/11/2018 |
| | Published in April 2018 (1 photographs): 102917wellsfargo10CS published 4/11/2018 |
| | Published in April 2018 (1 photographs): 072717metrocard12CS published 4/11/2018 |
| | Published in April 2018 (1 photographs): 092817nypd9CS published 4/11/2018 |
| | Published in April 2018 (1 photographs): 100117sprint7CS published 4/13/2018 |
| | Published in April 2018 (1 photographs): 100117toysrus1CS published 4/13/2018 |
| | Published in April 2018 (1 photographs): 111315uber29CS published 4/13/2018 |
| | Published in April 2018 (1 photographs): 010318handcuffs7CS published 4/13/2018 |
| | Published in April 2018 (1 photographs): 121917seveneleven12CS published 4/13/2018 |
| | Published in April 2018 (1 photographs): 021818metrocard6CS published 4/13/2018 |
| | Published in April 2018 (1 photographs): 020117nyc4CS published 4/14/2018 |
| | Published in April 2018 (1 photographs): 062014crime5CS published 4/14/2018 |
| | Published in April 2018 (1 photographs): 100517petco2CS published 4/17/2018 |
| | Published in April 2018 (1 photographs): 041518wellsfargo1CS published 4/17/2018 |
| | Published in April 2018 (1 photographs): 021218handcuffsrose1CS published 4/17/2018 |
| | Published in April 2018 (1 photographs): 041718whatsapp1CS published 4/17/2018 |
| | Published in April 2018 (1 photographs): 041818irs1CS published 4/18/2018 |
| | Published in April 2018 (1 photographs): 041818debate31CS published 4/18/2018 |
| | Published in April 2018 (1 photographs): 041818debate14CS published 4/18/2018 |
| | Published in April 2018 (1 photographs): 041818debate25CS published 4/18/2018 |
| | Published in April 2018 (1 photographs): 052116amazon17CS published 4/19/2018 |
| | Published in April 2018 (1 photographs): 080417gwb2CS published 4/20/2018 |
| | Published in April 2018 (1 photographs): 022118shooting5CS published 4/20/2018 |
| | Published in April 2018 (1 photographs): 112516crimescene15CS published 4/21/2018 |
| | Published in April 2018 (1 photographs): 072617garbage4CS published 4/22/2018 |
| | Published in April 2018 (1 photographs): 041518education2CS published 4/23/2018 |
| | Published in April 2018 (1 photographs): 041518wellsfargo22CS published 4/23/2018 |
| | Published in April 2018 (1 photographs): 021818cuny9CS published 4/23/2018 |
| | Published in April 2018 (1 photographs): 041818debate7CS published 4/24/2018 |
| | Published in April 2018 (1 photographs): 021218toysrus2CS published 4/25/2018 |
| | Published in April 2018 (1 photographs): 011218microphone2CS published 4/25/2018 |
| | Published in April 2018 (1 photographs): 041718njtransit7CS published 4/26/2018 |
| | Published in April 2018 (1 photographs): 092617postoffice1CS published 4/27/2018 |
| | Published in April 2018 (1 photographs): 042318crossing2CS published 4/27/2018 |
| | Published in April 2018 (1 photographs): 042718pedestrian7CS published 4/28/2018 |
| | Published in April 2018 (1 photographs): 090216mcdonalds1CS published 4/28/2018 |
| | Published in April 2018 (1 photographs): 042818crimescene7CS published 4/29/2018 |
| | Published in April 2018 (1 photographs): 042718pedestrian8CS published 4/30/2018 |
| | Published in April 2018 (1 photographs): 042918mcdonalds1CS published 4/30/2018 |
| | Published in April 2018 (1 photographs): 031718enterprise1CS published 4/30/2018 |
| | Published in April 2018 (1 photographs): 072817crimescene15CS published 4/30/2018 |
| | Published in May 2018 (1 photographs): 072817crimescene6CS published 5/2/2018 |
| | Published in May 2018 (1 photographs): 040907_DetentionCenter_4CS published 5/2/2018 |
| | Published in May 2018 (1 photographs): 050318bridge2CS published 5/29/2018 |
| | Published in May 2018 (1 photographs): 092817townhall13CS published 5/29/2018 |
| | Published in May 2018 (1 photographs): 061017lowes2CS published 5/24/2018 |
| | Published in May 2018 (1 photographs): 011118rodriguez4CS published 5/24/2018 |
| | Published in May 2018 (1 photographs): 081317mcdonalds3CS published 5/21/2018 |
| | Published in May 2018 (1 photographs): 050218ambulance2CS published 5/21/2018 |
| | Published in May 2018 (1 photographs): 042418police1CS published 5/19/2018 |
| | Published in May 2018 (1 photographs): 040518lottery3CS published 5/17/2018 |
| | Published in May 2018 (1 photographs): 050418nakashima22CS 5/16/2018 |
| | Published in May 2018 (1 photographs): 052413citibike97CS published 5/16/2018 |
| | Published in May 2018 (1 photographs): 091717nypd4CS published 5/16/2018 |
| | Published in May 2018 (1 photographs): 102216airbnb3CS published 5/16/2018 |
| | Published in May 2018 (1 photographs): 120316record8CS published 5/12/2018 |
| | Published in May 2018 (1 photographs): 120316record4CS published 5/11/2018 |
| | Published in May 2018 (1 photographs): 030118police8CS published 5/11/2018 |
| | Published in May 2018 (1 photographs): 051118fire2CS published 5/11/2018 |
| | Published in May 2018 (1 photographs): 051018accident9CS published 5/10/2018 |
| | Published in May 2018 (1 photographs): 012109ledger17CS published 5/9/2018 |
| | Published in May 2018 (1 photographs): 122817fire8CS published 5/9/2018 |
| | Published in May 2018 (1 photographs): 081917nypd15CS published 5/7/2018 |
| | Published in May 2018 (1 photographs): 040518hudsonyards3CS published 5/5/2018 |
| | Published in May 2018 (1 photographs): 022618preschool7CS published 5/4/2018 |
| | Published in May 2018 (1 photographs): 042918toysrus1CS published 5/4/2018 |
| | Published in May 2018 (1 photographs): 011417carnival4CS published 5/30/2018 |
| | Published in June 2018 (1 photographs): 050318juul9CS published 6/30/2018 |
| | Published in June 2018 (1 photographs): 062718memorial52CS published 6/29/2018 |
| | Published in June 2018 (1 photographs): 061116shooting1CS published 6/27/2018 |
| | Published in June 2018 (4 photographs): 062618investigation1CS published 6/26/2018, 062618investigation4CS published 6/26/2018, 062618investigation7CS published 6/26/2018, 062618investigation9CS published 6/26/2018 |
| | Published in June 2018 (1 photographs): 062518alvarez6CS published 6/25/2018 |
| | Published in June 2018 (1 photographs): 062118homicide3CS published 6/25/2018 |
| | Published in June 2018 (1 photographs): 062518alvarez8CS published 6/25/2018 |
| | Published in June 2018 (1 photographs): 062518alvarez4CS published 6/25/2018 |
| | Published in June 2018 (1 photographs): 071217speed9CS published 6/24/2018 |
| | Published in June 2018 (1 photographs): 062218shrine1CS published 6/23/2018 |
| | Published in June 2018 (1 photographs): 062218diploma2CS published 6/22/2018 |
| | Published in June 2018 (1 photographs): 071217speed13CS published 6/21/2018 |
| | Published in June 2018 (1 photographs): 053117camera4CS published 6/21/2018 |
| | Published in June 2018 (1 photographs): 062118homicide4CS published 6/21/2018 |
| | Published in June 2018 (1 photographs): 061318police6CS published 6/18/2018 |
| | Published in June 2018 (1 photographs): 050218ambulance3CS published 6/18/2018 |
| | Published in June 2018 (1 photographs): 113011gridlock3CS published 6/15/2018 |
| | Published in June 2018 (1 photographs): 061318police17CS published 6/15/2018 |
| | Published in June 2018 (1 photographs): 102716townhall21CS published 6/13/2018 |
| | Published in June 2018 (1 photographs): 050717money13CS published 6/12/2018 |
| | Published in June 2018 (1 photographs): 102917money10CS published 6/12/2018 |
| | Published in June 2018 (1 photographs): 060818speeding8CS published 6/11/2018 |
| | Published in June 2018 (1 photographs): 110417medallion1CS published 6/11/2018 |
| | Published in June 2018 (1 photographs): 072617garbage1CS published 6/9/2018 |
| | Published in June 2018 (1 photographs): 010817verrazano9CS published 6/8/2018 |
| | Published in June 2018 (1 photographs): 053118casablanca4CS published 6/4/2018 |
| | Published in June 2018 (1 photographs): 062918kahlua2CS published 6/30/2018 |
| | Published in June 2018 (1 photographs): 052918hudsonyards9CS published 6/2/2018 |
| **Names:** | Sadowski, Christopher, 1982- |

[previous] [next]

| Save, Print and Email (Help Page) |
|---|
| Select Download Format: Full Record ▼  [Format for Print/Save] |
| Enter your email address: [_____]  [Email] |

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

# Higbee & Associates

A NATIONAL LAW FIRM

**Mathew Higbee:** CA # 241380, MI # P73980, MN # 0388759, NV # 11158, OR # 106514, UT # 11133, WA # 42755, TX # 24076924
**Ray Ngo:** UT # 11936, NY # 4780706
**Melissa Clark:** CA # 247998, AZ # 024644, UT # 11271, FL # 62465
**Jenna Thorne:** NJ # 582011, PA # 310524
**Robert B. Duke Jr.:** VA # 74070

# LETTER OF REPRESENTATION
# POWER OF ATTORNEY

RE:     Christopher Sadowski

To Whom It May Concern:

Please be advised that the Law Firm of Higbee & Associates has been retained by Christopher Sadowski regarding a copyright infringement matter. As such, we have been appointed as attorney in fact with full power and authority in determining the validity of the above matter and assist in any negotiation, settlement, and payment. We are further authorized to pursue any legal remedies available to our client as a result of this this matter. Any attorney, staff member or agent of Higbee & Associates is hereby authorized to discuss any effort to settle and resolve the above matter.

Effective immediately, all communication (mail, phone, electronic or otherwise) regarding the above matter must be forwarded to Higbee & Associates at:

Higbee & Associates
1504 Brookhollow Drive, Suite 112
Santa Ana, CA 92705
(714) 617-8385 Telephone

Sincerely,

Mathew Higbee     Ray Ngo     Melissa Clark     Jenna Thorne     Robert B. Duke Jr.

**The undersigned have retained Higbee & Associates and grant full power and authority as described above.**

Date: October 28, 2015

Client: _Christopher Sadowski_     Signature: _Christopher Sadowski_

**Corporate HQ** 1504 Brookhollow Dr., Suite 112 Santa Ana, CA 92705
**Phone** (714) 617-8385   **Fax** (714) 617-8511   **Web** higbeeassociates.com



## RAPID CONDITIONAL RELEASE LICENSE AGREEMENT

This RAPID CONDITIONAL RELEASE LICENSE AGREEMENT ("Agreement") is entered into on September 24, 2018 ("Effective Date") by and between Christopher Sadowski ("LICENSOR") and 4Internet, LLC("LICENSEE") (the "Parties" or individually the "Party").

The Parties agree as follows:

1. The Parties acknowledge and agree that this Agreement is made in resolution to the LICENSEE's alleged unlicensed use of image(s) referenced in the Exhibit(s) below ("Images").

2. LICENSOR hereby represents and warrants that it has the exclusive rights in the settlement and resolution of the claims related to the alleged unlicensed use of the copyrighted Images, including the rights to grant licenses for past and future use, and rights to grant releases from future claims.

### GRANT OF RETROACTIVE LICENSE TO COVER PAST USE

3.
In consideration of the license and other consideration granted herein,LICENSEE will pay to LICENSOR the sum of $13,500.00 in U.S. Dollars (the "Payment") within fourteen (14) days after the Effective Date.
a. Upon Payment in full, LICENSOR will grant LICENSEE a non-exclusive, non-sub licensable and non-assignable retroactive license, with the term commencing with the beginning of time and concluding upon the Effective Date.
b. The LICENSEE will be granted rights to use the Images only within the limited scope as shown in this Agreement.
c. The LICENSOR will retain all rights, interest and ownership in derivative works containing the Images, in whole or in part.
d. Payment shall be made payable to "Higbee & Associates Client Trust Account" and delivered to 1504 Brookhollow Dr., Suite 112, Santa Ana, CA 92705. Payment may also be made online at http://copyright.higbeeassociates.com/resolution

### ADDITIONAL TERMS AND CONDITIONS

4. Except for the agreements, obligations, and covenants arising under this Agreement, the Parties will release the other party from any and all claims arising from the use of the Images.

5. The Parties acknowledge that all terms of this Agreement are supported by legally sufficient consideration so as to make this Agreement binding and valid.

6. All of the Parties will pay their own costs and expenses incurred in negotiation and preparation and execution of this Agreement.

7. The terms of this Agreement are confidential; provided however, that each Party may disclose the terms of this Agreement, as necessary to enforce its terms, in response to valid legal process or as otherwise required by law, and/or to its financial advisors and/or legal advisors.

8. The Parties represent and warrant that they have read and understand the provisions of this Agreement and have full authority to execute and consummate the transactions contemplated by this Agreement.

9. This Agreement may not be modified or amended except by written agreement, signed by all Parties.

10. This Agreement, along with its terms and conditions will be binding upon and inure to the benefit of each of the Parties and to their heirs, executors, administrators, successors in interest and assigns.

11. The Parties acknowledge that if any provision or application of this Agreement is held invalid or unenforceable then any such provision will be deemed severed from this Agreement and

Case number: 518099                                              Printed: September 24, 2018 11:26

the remaining provisions and applications of this Agreement will not be affected, but will remain valid and enforceable.

12. This Agreement will be governed by and construed in accordance with the laws of the State of California, without regard to conflict of law principles, notwithstanding the fact that one or more counterparts hereof may be executed outside of such state, or one or more of the obligations of the Parties hereunder are to be performed outside of such state. Any suit, action or proceeding todetermine, construe or enforce any provision of this Agreement, or the rights of any party hereunder, will be brought in the State of California, and the Parties agree that jurisdiction will lie therein.

13. If a suit, action, arbitration or other proceeding of any nature whatsoever is instituted in connection with any controversy arising out of this Agreement, or to interpret or enforce any rights under this Agreement, the prevailing party is entitled to recover reasonable costs and attorney's fees from the other party.

14. Payments that are received more than 5 calendar days late will be accessed a $40 late fee. Additionally, an interest rate based on a 15% per annum will be charged on overdue balances after 30 days.

15. This Agreement constitutes and contains the entire agreement between the Parties with respect to the alleged unlicensed use referred to in this Agreement and there are no other agreements, understandings or representations with respect to this subject matter, which are not expressly set forth herein.

_____     _____
Micharl Levy                                             Date
On Behalf of
Licensee(s)4Internet, LLC

*[signature: Mathew K Higbee]*

_____     September 24, 2018
Mathew K. Higbee, Esq.                       _____
on Behalf of Licensor(s)                      Date
Christopher Sadowski

Case number: 518099                           Printed: September 24, 2018 11:26

**CREDIT CARD PAYMENT AUTHORIZATION FORM**

The Law Firm of Higbee &amp;amp; Associates offers interest-free payment plans through our automated billing system. Sign and complete this form to authorize the Law Firm of Higbee &amp;amp; Associates to make the agreed upon credit or debit card or ACH payments. Licensee agrees to pay the settlement amount of $13,500.00 in 1 automatic payment.

By signing this form you give us permission to bill your credit/debit card or bank account for the amount indicated on the dates above plus any additional fees, penlties, or interest charges which have accrued in accordance with the Rapid Conditional Release License Agreement ("Settlement Agreement"). This is permission for all transactions related to the Settlement Agreement, and does not provide authorization for any additional unrelated charges.

Please complete the information below:

PAYMENT METHOD (Please Choose One & Provide Requested Information):

**CREDIT CARD**
Name as it Appears on Card: _____
Credit Card #: _____
Expiration Date: _____ CCV (Security Code): _____
Billing Address: _____

**ACH / DIRECT DEPOSIT**
Name on the Account: _____
Account Type: ☐ Savings ☐ Checking
Account #: _____
Routing #: _____
Bank Name: _____

I hereby authorize The Law Firm of Higbee and Associates to automatically bill my account on the dates indicated in the payment plan above.

PRINT NAME: _____
TITLE: _____
COMPANY: _____

Signature: _____ Date: _____

I authorize the above named business to charge the credit card indicated in this authorization form according to the terms outlined above. This payment authorization is for the goods/services described above, for the amount indicated above only, and is valid for the specified use only. I certify that I am an authorized user of this credit card and that I will not dispute the payment with my credit card company; so long as the transaction corresponds to the terms indicated in this form.

Case number: 518099                                    Printed: September 24, 2018 11:26