# Exhibit "B"

| IP Addresses | Organization | First Seen | Last Seen | Duration Seen |
|---|---|---|---|---|
| 104.26.15.116Â  104.26.14.116Â | Cloudflare, Inc. | 2019-11-03Â (3 monthsÂ ago) | 2020-02-06Â (22 hoursÂ ago) | 3 months |
| 104.25.166.114Â  104.25.165.114Â | Cloudflare, Inc. | 2018-04-02Â (1 yearÂ ago) | 2019-11-03Â (3 monthsÂ ago) | 1 year |
| 104.18.45.91Â  104.18.44.91Â | Cloudflare, Inc. | 2016-07-15Â (3 yearsÂ ago) | 2018-04-02Â (1 yearÂ ago) | 1 year |
| 174.49.73.68Â | Comcast Cable Communications, LLC | 2015-12-10Â (4 yearsÂ ago) | 2016-07-15Â (3 yearsÂ ago) | 7 months |
| 73.43.28.181Â | Comcast Cable Communications, LLC | 2015-03-12Â (4 yearsÂ ago) | 2015-12-10Â (4 yearsÂ ago) | 9 months |
| 50.180.157.166Â | Comcast Cable Communications, LLC | 2014-08-17Â (5 yearsÂ ago) | 2015-03-12Â (4 yearsÂ ago) | 6 months |
| 216.22.14.138Â | Leaseweb USA, Inc. | 2014-03-27Â (5 yearsÂ ago) | 2014-08-17Â (5 yearsÂ ago) | 4 months |
| 216.22.14.138Â  216.22.14.138Â | Leaseweb USA, Inc. | 2014-03-26Â (5 yearsÂ ago) | 2014-03-27Â (5 yearsÂ ago) | 1 day |
| 216.22.14.138Â | Leaseweb USA, Inc. | 2013-10-26Â (6 yearsÂ ago) | 2014-03-26Â (5 yearsÂ ago) | 5 months |
| 216.22.14.138Â  216.22.14.138Â | Leaseweb USA, Inc. | 2013-10-25Â (6 yearsÂ ago) | 2013-10-26Â (6 yearsÂ ago) | 1 day |
| 216.22.14.138Â | Leaseweb USA, Inc. | 2013-10-08Â (6 yearsÂ ago) | 2013-10-25Â (6 yearsÂ ago) | 17 days |
| 216.22.14.138Â  216.22.14.138Â | Leaseweb USA, Inc. | 2013-10-07Â (6 yearsÂ ago) | 2013-10-08Â (6 yearsÂ ago) | 1 day |
| 216.22.14.138Â | Leaseweb USA, Inc. | 2013-04-17Â (6 yearsÂ ago) | 2013-10-07Â (6 yearsÂ ago) | 5 months |
| 216.22.14.138Â  216.22.14.138Â | Leaseweb USA, Inc. | 2013-04-16Â (6 yearsÂ ago) | 2013-04-17Â (6 yearsÂ ago) | 1 day |
| 216.22.14.138Â | Leaseweb USA, Inc. | 2012-07-23Â (7 yearsÂ ago) | 2013-04-16Â (6 yearsÂ ago) | 8 months |
| 216.22.14.138Â  216.22.14.138Â | Leaseweb USA, Inc. | 2012-07-22Â (7 yearsÂ ago) | 2012-07-23Â (7 yearsÂ ago) | 1 day |
| 216.22.14.138Â | Leaseweb USA, Inc. | 2010-12-24Â (9 yearsÂ ago) | 2012-07-22Â (7 yearsÂ ago) | 1 year |
| 216.22.14.138Â  216.22.14.138Â | Leaseweb USA, Inc. | 2010-12-23Â (9 yearsÂ ago) | 2010-12-24Â (9 yearsÂ ago) | 1 day |
| 216.22.14.138Â | Leaseweb USA, Inc. | 2010-03-31Â (9 yearsÂ ago) | 2010-12-23Â (9 yearsÂ ago) | 8 months |
| 216.22.14.138Â  216.22.14.138Â | Leaseweb USA, Inc. | 2010-03-30Â (9 yearsÂ ago) | 2010-03-31Â (9 yearsÂ ago) | 1 day |
| 216.22.14.138Â | Leaseweb USA, Inc. | 2010-02-27Â (9 yearsÂ ago) | 2010-03-30Â (9 yearsÂ ago) | 1 month |
| 216.22.14.138Â  216.22.14.138Â | Leaseweb USA, Inc. | 2010-02-26Â (9 yearsÂ ago) | 2010-02-27Â (9 yearsÂ ago) | 1 day |
| 216.22.14.138Â | Leaseweb USA, Inc. | 2009-11-15Â (10 yearsÂ ago) | 2010-02-26Â (9 yearsÂ ago) | 3 months |
| 66.242.17.244Â | The Endurance International Group, Inc. | 2008-08-31Â (11 yearsÂ ago) | 2009-11-15Â (10 yearsÂ ago) | 1 year |