Troy L. Isaacson, Esq., NV Bar No. 6690
6671 S. Las Vegas Blvd.
Building D, Suite 210
Las Vegas, Nevada 89119
Telephone: (702) 529-5229
Facsimile: (702) 529-5228

Ryan L. Isenberg
Georgia Bar No. 384899
Isenberg & Hewitt, P.C.
6600 Peachtree Dunwoody Road
600 Embassy Row, Suite 150
Atlanta, Georgia 30328
770-351-4400 (Voice)
770-828-0100 (Fax)
ryan@ihlaw.us

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT MILLER, | CIVIL ACTION FILE |
| PLAINTIFF, | NO. 2:18-cv-02097-JAD-VCF |
| V. | |
| 4INTERNET, LLC AND JOHN DOES 1-10 | |
| DEFENDANTS. | |

**DECLARATION OF RYAN ISENBERG**

1. My name is Ryan L. Isenberg. I am the attorney of record for Defendant 4Internet, LLC.

2. Attached hereto as Exhibit "A" is a report that includes a download from PACER for each copyright case filed by Robert Miller through July 1, 2020.

3. All 24 of the cases involve images credited to Robert Miller and were published in the New York Post online. The Uniform Source Locator (URL) for each article is also included.

1

4. Attached hereto as Exhibit "B" is a report that includes a download from PACER for each copyright case filed by Christopher Sadowski July 1, 2020.

5. There were just over 120 docket entries. Because we could only conclusively identify 75 of them has having been published on the New York Post site from the complaints, those are the only entries listed on Exhibit B.

6. On July 15, 2020 Eugenie Gavanchek, a Senior Vice President and General Counsel for Newscorp, which owns NYP Holdings, Inc., which operates as the New York Post, agreed that she would accept service by e-mail of what would be the subpoena at issue before the Court on the Plaintiff's Motion to Quash.

7. On July 24, 2020, the subpoena was served via e-mailed to Ms. Gavanchek.

8. On August 6, 2020, Ms. Gavenchek informed me that her client would object to the subpoena, but we agreed to adjourn the return date until after I received Plaintiff's discovery responses before starting the clock and allowing her client to timely serve any objections.

9. At no time did Plaintiff's counsel contact me to meet and confer regarding the subject of the motions to quash.

10. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Ryan L. Isenberg

2

| firstName | lastName | caseNumberFull | caseTitle | caseLink |
|---|---|---|---|---|
| Robert | Miller | 1:2017cv04711 | Miller v. Time Inc. | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?476397 |
| Robert | Miller | 1:2017cv06801 | Miller v. Curtis Media Group, Inc. | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?480177 |
| Robert | Miller | 1:2017cv08934 | Miller v. Capitol Hill Publishing Corp. | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?483923 |
| Robert | Miller | 1:2018cv04639 | Miller v. Heavy Inc. | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?494488 |
| Robert | Miller | 5:2018cv04527 | Miller v. Temporal Media, Inc. et al | https://ecf.cand.uscourts.gov/cgi-bin/iqquerymenu.pl?329856 |
| Robert | Miller | 1:2018cv06860 | Miller v. FEBA Capital LLC. et al | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?498328 |
| Robert | Miller | 1:2018cv04909 | Miller v. Lipp et al | https://ecf.nyed.uscourts.gov/cgi-bin/iqquerymenu.pl?421680 |
| ROBERT | MILLER | 2:2018cv13479 | MILLER v. MIRALDI et al | https://ecf.njd.uscourts.gov/cgi-bin/iqquerymenu.pl?382841 |
| Robert | Miller | 6:2018cv01485 | Miller v. Syndicatednews.net LLC et al | https://ecf.flmd.uscourts.gov/cgi-bin/iqquerymenu.pl?354510 |
| Robert | Miller | 2:2018cv09343 | Robert Miller v. Warner Bros. Entertainm | https://ecf.cacd.uscourts.gov/cgi-bin/iqquerymenu.pl?727479 |
| Robert | Miller | 2:2018cv02097 | Miller v. 4Internet, LLC. et al | https://ecf.nvd.uscourts.gov//cgi-bin/iqquerymenu.pl?133768 |
| Robert | Miller | 2:2018cv06104 | Miller v. Cordeira et. al. | https://ecf.nyed.uscourts.gov/cgi-bin/iqquerymenu.pl?424469 |
| Robert | Miller | 1:2018cv06106 | Miller v. Bonni Intall et al | https://ecf.nyed.uscourts.gov/cgi-bin/iqquerymenu.pl?424471 |
| Robert | Miller | 1:2019cv07172 | Miller v. Netventure24 LLC | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?520269 |
| Robert | Miller | 8:2019cv02203 | Miller v. McEuen et al | https://ecf.flmd.uscourts.gov/cgi-bin/iqquerymenu.pl?368113 |
| Robert | Miller | 1:2019cv08618 | Miller v. Miraldi et al | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?522927 |
| Robert | Miller | 1:2019cv01474 | Miller v. Haredim Consulting Inc. et al | https://ecf.nynd.uscourts.gov/cgi-bin/iqquerymenu.pl?122208 |
| Robert | Miller | 1:2019cv10956 | Miller v. InvestingChannel, Inc. et al | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?527394 |
| Robert | Miller | 1:2019cv10961 | Miller v. Cityrealty.com, LLC et al | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?527403 |
| Robert | Miller | 1:2019cv10963 | Miller v. Vetr Inc. et al | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?527408 |
| Robert | Miller | 8:2019cv02945 | Miller v. Bikerspost, Inc. et al | https://ecf.flmd.uscourts.gov/cgi-bin/iqquerymenu.pl?371666 |
| Robert | Miller | 1:2019cv24936 | Miller v. Suriel Group, Inc. et al | https://ecf.flsd.uscourts.gov/cgi-bin/iqquerymenu.pl?562281 |
| Robert | Miller | 1:2020cv00791 | Miller v. Bahakel Communications, Ltd. | https://ecf.cod.uscourts.gov/cgi-bin/iqquerymenu.pl?196485 |
| Robert | Miller | 1:2020cv01523 | Miller v. Hollywood Unlocked Agency, In | https://ecf.nyed.uscourts.gov/cgi-bin/iqquerymenu.pl?446646 |
| Robert | Miller | 2:2020cv05936 | Robert Miller v. Hollywood Unlocked, In | https://ecf.cacd.uscourts.gov/cgi-bin/iqquerymenu.pl?787176 |



Defendant A

https://nypost.com/2017/04/12/judge-washes-up-dead-along-the-hudson-river/
https://nypost.com/2017/04/12/judge-washes-up-dead-along-the-hudson-river/
https://nypost.com/2017/04/12/judge-washes-up-dead-along-the-hudson-river/
https://nypost.com/2017/04/12/judge-washes-up-dead-along-the-hudson-river/
https://nypost.com/2017/04/12/judge-washes-up-dead-along-the-hudson-river/
https://nypost.com/2017/09/05/daca-supporters-arrested-for-shutting-down-fifth-avenue/
https://nypost.com/2017/07/30/desnudas-have-gone-wild-in-times-square/
https://nypost.com/2017/07/30/desnudas-have-gone-wild-in-times-square/
https://nypost.com/2017/04/12/judge-washes-up-dead-along-the-hudson-river/
https://nypost.com/2011/12/19/professor-claims-nyu-fired-him-after-he-gave-james-franco-a-d/
This Case
https://nypost.com/2017/10/04/columbus-circle-statue-now-getting-247-guard-service/
https://nypost.com/2017/04/12/judge-washes-up-dead-along-the-hudson-river/
https://nypost.com/2018/07/01/woman-stabbed-to-death-while-getting-her-phone-repaired/
https://nypost.com/2017/04/12/judge-washes-up-dead-along-the-hudson-river/
https://nypost.com/2017/07/30/desnudas-have-gone-wild-in-times-square/
https://nypost.com/2012/03/07/beautys-beau-zos/
https://nypost.com/2018/04/07/the-worlds-hottest-shopping-city-is-becoming-a-ghost-town/
https://nypost.com/2016/12/27/hamilton-star-is-loving-her-42nd-street-condo/
https://nypost.com/2018/04/07/the-worlds-hottest-shopping-city-is-becoming-a-ghost-town/
https://nypost.com/2018/05/23/driver-allegedly-rammed-into-motorcyclist-in-road-rage-attack/
https://nypost.com/2018/03/08/man-nearly-killed-snoring-elderly-roommate-with-pillow-cops/
https://pagesix.com/2019/06/04/tracy-morgan-hit-in-his-new-2-million-bugatti-in-nyc-crash/
https://nypost.com/2017/04/12/judge-washes-up-dead-along-the-hudson-river/
https://nypost.com/2018/08/31/j-r-smith-turns-himself-in-to-nypd-for-allegedly-tossing-fans-phone/

| firstName | lastName | caseLink | |
|---|---|---|---|
| Christophe | Sadowski | https://ecf.cacd.uscourts.gov/cgi-bin/iqquerymenu.pl?723069 | https://nypost.com/2016/07/12/woman-uses-pokemon-go-to-catch-cheating-boyfriend/ |
| Christophe | Sadowski | https://ecf.cacd.uscourts.gov/cgi-bin/iqquerymenu.pl?699719 | https://nypost.com/2015/12/18/homeless-reign-over-laguardia-to-come-to-an-end-port-authority/ |
| Christophe | Sadowski | https://ecf.cacd.uscourts.gov/cgi-bin/iqquerymenu.pl?700060 | https://nypost.com/2016/03/26/coast-guard-navy-nab-ship-carrying-200m-of-cocaine-to-us/ |
| Christophe | Sadowski | https://ecf.cacd.uscourts.gov/cgi-bin/iqquerymenu.pl?735129 | https://nypost.com/2015/12/18/homeless-reign-over-laguardia-to-come-to-an-end-port-authority/ |
| Christophe | Sadowski | https://ecf.cand.uscourts.gov/cgi-bin/iqquerymenu.pl?346447 | https://nypost.com/2016/03/06/teen-dodges-oncoming-subway-after-being-pushed-onto-tracks-police-say/ |
| Christophe | Sadowski | https://ecf.casd.uscourts.gov/cgi-bin/iqquerymenu.pl?594324 | NY Post Article Referenced But Not Located |
| Christophe | Sadowski | https://ecf.cod.uscourts.gov/cgi-bin/iqquerymenu.pl?182316 | https://nypost.com/2017/05/16/home-depot-bucks-sluggish-retail-trends/ |
| Christophe | Sadowski | https://ecf.flsd.uscourts.gov/cgi-bin/iqquerymenu.pl?517944 | https://nypost.com/2017/01/06/charging-pit-bull-shot-dead-by-police-during-arrest/. |
| Christophe | Sadowski | https://ecf.flsd.uscourts.gov/cgi-bin/iqquerymenu.pl?536109 | https://nypost.com/2015/05/21/narcotics-chief-backs-off-order-to-stop-arrests-of-suspects-over-40/ |
| Christophe | Sadowski | https://ecf.flsd.uscourts.gov/cgi-bin/iqquerymenu.pl?559154 | https://nypost.com/2014/01/23/cop-in-boss-ticket-flap-suing-nypd/. |
| Christophe | Sadowski | https://ecf.ilsd.uscourts.gov//cgi-bin/iqquerymenu.pl?80253 | https://nypost.com/2016/01/15/teen-girl-diesattempting-roof-to-roof-jump/. |
| Christophe | Sadowski | https://ecf.innd.uscourts.gov/cgi-bin/iqquerymenu.pl?96471 | https://nypost.com/2015/11/07/protesters-rally-outside-nbc-before-trumps-snl-appearance/. |
| Christophe | Sadowski | https://ecf.innd.uscourts.gov/cgi-bin/iqquerymenu.pl?102494 | https://nypost.com/2019/07/25/de-blasio-tries-to-goad-trump-into-debate-about-nyc-at-buzzfeed-event/ |
| CHRISTOPHE | SADOWSKI | https://ecf.insd.uscourts.gov/cgi-bin/iqquerymenu.pl?90402 | https://nypost.com/2015/11/07/protesters-rally-outside-nbc-before-trumps-snl-appearance/ |
| Christophe | Sadowski | https://ecf.mad.uscourts.gov/cgi-bin/iqquerymenu.pl?201751 | https://nypost.com/2015/08/21/contractor-sparked-high-school-gas-explosion-by-lighting-match/ |
| Christophe | Sadowski | https://ecf.ned.uscourts.gov/cgi-bin/iqquerymenu.pl?80806 | https://nypost.com/2018/03/22/ |
| CHRISTOPHE | SADOWSKI | https://ecf.njd.uscourts.gov/cgi-bin/iqquerymenu.pl?356480 | https://nypost.com/2015/02/11/60-minutes-bob-simon-killed-in-car-crash/ |
| CHRISTOPHE | SADOWSKI | https://ecf.njd.uscourts.gov/cgi-bin/iqquerymenu.pl?384322 | https://nypost.com/2016/12/28/sleepy-uber-driver-sues-after-passenger-led-high-speed-chase/ |
| CHRISTOPHE | SADOWSKI | https://ecf.njd.uscourts.gov/cgi-bin/iqquerymenu.pl?384583 | https://nypost.com/2017/03/16/1-medic-dead-another-injured-after-man-steals-ambulance-and-slams-into-them/ |
| CHRISTOPHE | SADOWSKI | https://ecf.njd.uscourts.gov/cgi-bin/iqquerymenu.pl?419400 | https://nypost.com/2018/12/18/holland-tunnels-ocd-aggravating-holiday-decorations-finally-get-fixed/ |
| Christophe | Sadowski | https://ecf.nvd.uscourts.gov/cgi-bin/iqquerymenu.pl?125615 | http://nypost.com/2015/12/14/homeless-squatters-are-taking-over-laguardiaairport/ |
| Christophe | Sadowski | https://ecf.nvd.uscourts.gov/cgi-bin/iqquerymenu.pl?133768 | https://nypost.com/2018/08/09/rogue-goat-may-have-helped-dozens-of-farm-animals-escape/ |
| Christophe | Sadowski | https://ecf.nyed.uscourts.gov/cgi-bin/iqquerymenu.pl?400211 | http://nypost.com/2016/07/12/woman-usespokemon-go-to-catch-cheating-boyfriend/ |
| Christophe | Sadowski | https://ecf.nyed.uscourts.gov/cgi-bin/iqquerymenu.pl?401420 | http://nypost.com/2014/12/03/protests-againstnypd-chokehold-decision-begin/ |
| Christophe | Sadowski | https://ecf.nyed.uscourts.gov/cgi-bin/iqquerymenu.pl?404577 | https://nypost.com/2016/01/25/mom-and-son-die-of-carbon-monoxide-poisoning-while-dad-clears-snow-off-car/ |
| Christophe | Sadowski | https://ecf.nyed.uscourts.gov/cgi-bin/iqquerymenu.pl?417039 | https://nypost.com/2017/01/19/woman-clinging-to-life-afterjumping-from-columbia-dorm/ |
| Christophe | Sadowski | https://ecf.nyed.uscourts.gov/cgi-bin/iqquerymenu.pl?421789 | https://nypost.com/2017/08/16/developergets-easy-money-for-turning-building-into-homeless-shelter/ https://nypost.com/2015/04/20/former-acorn-chief-backs-hillary-clinton/ |
| Christophe | Sadowski | https://ecf.nyed.uscourts.gov/cgi-bin/iqquerymenu.pl?424126 | https://nypost.com/2017/05/16/home-depot-bucks-sluggish-retail-trends/ |
| Christophe | Sadowski | https://ecf.nyed.uscourts.gov/cgi-bin/iqquerymenu.pl?428274 | nypost.com/2018/03/22/man-finds-out-spending-96k-settlement-on-hookers-was-a-badidea/. |
| Christophe | Sadowski | https://ecf.nyed.uscourts.gov/cgi-bin/iqquerymenu.pl?443272 | https://nypost.com/2018/11/05/woman-found-dead-in-early-morning-queens-house-fire/ |
| Christophe | Sadowski | https://ecf.nynd.uscourts.gov/cgi-bin/iqquerymenu.pl?119453 | https://nypost.com/2018/05/17/why-new-york-doesntallow-anonymous-lottery-winners/ |
| Christophe | Sadowski | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?455957 | http://pagesix.com/2015/12/16/boob-biting-azealia-banks-arrested/ |
| Christophe | Sadowski | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?455959 | http://pagesix.com/2015/12/16/boob-biting-azealia-banks-arrested/ |
| Christophe | Sadowski | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?455960 | http://pagesix.com/2015/12/16/boob-biting-azealia-banks-arrested/ |
| Christophe | Sadowski | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?456948 | http://pagesix.com/2015/12/16/boob-biting-azealia-banks-arrested/ |
| Christophe | Sadowski | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?457259 | http://nypost.com/2013/09/12/four-shot-inside-soho-music-club/ |
| Christophe | Sadowski | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?458409 | http://nypost.com/2014/08/19/uberusers-are-mistakenly-jumping-into-random-cars/ |
| Christophe | Sadowski | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?458410 | http://nypost.com/2016/01/25/mom-and-son-die-of-carbon-monoxide-poisoning-while-dadclears-snow-off-car/ |
| Christophe | Sadowski | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?458698 | http://nypost.com/2015/12/31/partygoers-pack-times-square-to-ring-in-2016/ |
| Christophe | Sadowski | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?461553 | nypost.com/1999/11/30/ultimate-giants-fan-sondra-fortunato/#6. |
| Christophe | Sadowski | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?463605 | http://nypost.com/2012/06/30/alec-baldwinand-fiancee-share-a-sidewalk-smooch/. S http://nypost.com/2015/12/31/man-dies-after-falling-from-four-seasons-trying-to-take-photo/ |
| Christophe | Sadowski | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?464384 | http://nypost.com/2016/07/12/woman-usespokemon-go-to-catch-cheating-boyfriend/. S |
| Christophe | Sadowski | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?465702 | http://nypost.com/2015/05/21/narcotics-chief-backs-off-order-to-stop-arrests-of-suspects-over40/ |
| Christophe | Sadowski | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?469747 | nypost.com/2015/05/27/letterman-marquee-removed-from-ed-sullivan-theater/ |

Defendant B

| | | |
|---|---|---|
| Christophe Sadowski | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?474177 | http://nypost.com/2015/12/26/dad-murders-wife-and-8-year-oldkid-in-gruesome-murder-suicide/ |
| Christophe Sadowski | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?474850 | http://nypost.com/2016/12/19/police-nab-timessquare-stabbing-suspect/ |
| Christophe Sadowski | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?479654 | http://nypost.com/2011/05/07/johnson-johnson-heiress-drops-48m-on-vanderbiltmansion/. |
| Christophe Sadowski | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?480639 | http://www.enstarz.com/articles/27183/20131017/alec-baldwin-hilaria-thomas-photos-babycarmen-red-carpets-more.htm |
| Christophe Sadowski | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?481409 | http://nypost.com/2015/02/11/60-minutesbob-simon-killed-in-car-crash/ |
| Christophe Sadowski | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?482962 | http://nypost.com/2016/05/25/three-shot-duringconcert-at-irving-plaza/ |
| Christophe Sadowski | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?490667 | http://nypost.com/2016/07/12/woman-uses-pokemon-go-to-catch-cheating-boyfriend/ |
| Christophe Sadowski | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?484208 | https://nypost.com/2017/07/15/coworker-put-his-penis-in-my-lunch-sandwich-lawsuit/ |
| Christophe Sadowski | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?485096 | https://nypost.com/2017/07/13/subway-rider-wakes-up-to-manpeeing-on-her-face/ |
| Christophe Sadowski | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?486595 | https://nypost.com/2016/07/12/woman-uses-pokemon-go-to-catchcheating-boyfriend/ |
| Christophe Sadowski | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?486672 | https://nypost.com/2015/10/22/sister-to-cop-killer-i-hopeyou-burn-in-hell-you-f-king-punk-ass/ |
| Christophe Sadowski | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?487943 | https://nypost.com/2016/01/18/a-lot-of-pedestrians-killedon-nyc-streets-are-drunk/ |
| Christophe Sadowski | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?488719 | https://nypost.com/2017/09/06/former-senate-candidate-gets-prison-for-craigslist-rent-scam/ |
| Christophe Sadowski | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?501851 | https://nypost.com/2017/07/26/ |
| Christophe Sadowski | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?502326 | https://nypost.com/2017/05/16/home-depot-bucks-sluggish-retail-trends/. |
| Christophe Sadowski | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?503904 | https://nypost.com/2013/10/19/carnegie-deli-mistress-also-handled-meat-as-waitress/ |
| Christophe Sadowski | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?522917 | https://nypost.com/2018/03/22/man-finds-out-spending-96k-settlement-on-hookers-was-a-bad-idea/ |
| Christophe Sadowski | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?533637 | https://nypost.com/2016/03/28/home-stalked-bycreepy-watcher-back-on-the-market/ |
| Christophe Sadowski | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?533945 | https://nypost.com/2019/10/11/de-blasio-orders-review-of-mental-health-programs-after-latesthomeless-attack/ |
| Christophe Sadowski | https://ecf.nywd.uscourts.gov/cgi-bin/iqquerymenu.pl?123130 | https://nypost.com/2017/05/16/home-depot-bucks-sluggish-retail-trends/ |
| Christophe Sadowski | https://ecf.nywd.uscourts.gov/cgi-bin/iqquerymenu.pl?124869 | https://nypost.com/2017/05/16/home-depot-bucks-sluggish-retailtrends/ |
| Christophe Sadowski | https://ecf.ord.uscourts.gov/cgi-bin/iqquerymenu.pl?140343 | https://nypost.com/2015/02/12/bob-simons-driver-likely-hit-gas-instead-of-brake/ |
| Christophe Sadowski | https://ecf.ord.uscourts.gov/cgi-bin/iqquerymenu.pl?148605 | https://nypost.com/2016/07/12/woman-usespokemon-go-to-catch-cheating-boyfriend/ |
| Christophe Sadowski | https://ecf.pamd.uscourts.gov/cgi-bin/iqquerymenu.pl?115472 | https://nypost.com/2017/07/14/thugs-assaulted-churchgoer-with-pack-like-mentality-prosecutors/ |
| Christophe Sadowski | https://ecf.txnd.uscourts.gov/cgi-bin/iqquerymenu.pl?311008 | https://nypost.com/2017/05/16/home-depot-bucks-sluggish-retail-trends/05-19-2017 |
| Christophe Sadowski | https://ecf.txsd.uscourts.gov/cgi-bin/iqquerymenu.pl?1431977 | http://nypost.com/2016/01/25/mom-and-son-die-of-carbon-monoxide-poisoningwhile-dad-clears-snow-off-car/ |
| Christophe Sadowski | https://ecf.txwd.uscourts.gov//cgi-bin/iqquerymenu.pl?981959 | https://nypost.com/2016/10/14/gop-state-senate-candidate-charged-with-rent-scam/ |
| Christophe Sadowski | https://ecf.txwd.uscourts.gov//cgi-bin/iqquerymenu.pl?1099212 | https://nypost.com/2017/05/16/home-depot-bucks-sluggish-retail-trends/ |
| Christophe Sadowski | https://ecf.wiwd.uscourts.gov//cgi-bin/iqquerymenu.pl?42874 | https://nypost.com/2017/12/11/drunk-driver-tellscops-his-name-is-burger-king/ |
| Christophe Sadowski | https://ecf.wiwd.uscourts.gov//cgi-bin/iqquerymenu.pl?43534 | https://nypost.com/2017/07/15/coworker-put-his-penis-inmy-lunch-sandwich-lawsuit/ |
| Christophe Sadowski | https://ecf.wiwd.uscourts.gov//cgi-bin/iqquerymenu.pl?45843 | https://nypost.com/2020/03/02/nypd-stats-show-notablejump-in-crime-so-far-this-year/ |