**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

ROBERT MILLER,

    Plaintiff,

vs.

4INTERNET, LLC AND JOHN DOES 1-10,

    Defendant.

2:18-cv-02097-JAD-VCF

**ORDER**

Before the Court is the Joint Request for Clarification Regarding Status Hearing Scheduled for October 14, 2020. (ECF NO. 44).

A discovery plan and scheduling order has been entered in this matter. (ECF NO. 54).

Accordingly,

IT IS HEREBY ORDERED that the status hearing scheduled for October 14, 2020, is VACATED. No interim status report is needed.

DATED this 6th day of October, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE