Ryan L. Isenberg
Georgia Bar No. 384899
ISENBERG & HEWITT, P.C.
6600 Peachtree Dunwoody Road
600 Embassy Row, Suite 150
Atlanta, Georgia 30328
770-351-4400 (Voice)
770-828-0100 (Fax)
ryan@isenberg-hewitt.com

Troy L. Isaacson, Esq., NV Bar No. 6690
6671 S. Las Vegas Blvd.
Building D, Suite 210
Las Vegas, Nevada 89119
Telephone: (702) 529-5229
Facsimile: (702) 529-5228
Troy@IsaacsonLawLV.com

Mathew K. Higbee, Esq., SBN 11158
HIGBEE & ASSOCIATES
3481 E Sunset Rd., Suite 100
Las Vegas, NV 89120
 (714) 617-8350
(714) 597-6729 facsimile
mhigbee@higbeeassociates.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT MILLER, <br><br> PLAINTIFF, <br><br> V. <br><br> 4INTERNET, LLC AND JOHN DOES 1-10 <br><br> DEFENDANTS. | CIVIL ACTION FILE <br><br> NO. 2:18-cv-02097-JAD-VCF <br><br> ORDER |

The Court having read and considered the parties Joint Motion to Stay Deadlines, the for good cause, the motion is GRANTED.  The deadlines are stayed pending the Court's resolution

1

of the Objection (Doc. 79). The parties will confer and submit a joint stipulation as to the deadlines within seven days after the Court has ruled on the Objection.

    IT IS SO ORDERED this the 18th day of March, 2021.

_____
Hon. Cam Ferenbach
United States Magistrate Judge

2