Mathew K. Higbee, Esq., SBN 11158
Ryan E. Carreon, *pro hac vice*
**HIGBEE & ASSOCIATES**
2445 Fire Mesa St., Suite 150
Las Vegas, NV 89128
(714) 617-8373
(714) 597-6729 facsimile
Email: mhigbee@higbeeassociates.com
rcarreon@higbeeassociates.com

Attorney for Plaintiff,
ROBERT MILLER

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA
### LAS VEGAS DIVISION

| | |
|---|---|
| ROBERT MILLER,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>4INTERNET, LLC; and DOES 1 through 10 inclusive,<br><br>　　　　　　Defendants.. | Case No. 2:18-cv-02097-JAD-VCF<br><br>**NOTICE OF REFILING OF DECLARATION OF RYAN E. CARREON** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Robert Miller has refiled the Index of Exhibits and Evidence in support of his Motion For Summary Judgment previously filed at Docket #97-2 and #99-1

After the original upload, Plaintiff's counsel received a confirmation email from the ECF system indicating that the upload was successful. However, Plaintiff's counsel was informed by Defendant's counsel of an error in the ECF system that prevented Defendant's counsel from downloading the Index.

Plaintiff's counsel subsequently sent Defendant's counsel the full Index via a file transfer. Plaintiff's counsel then attempted to re upload the Index to ECF, which appeared to be successful. However, upon downloading the file, Plaintiff's counsel noticed that an error apparently caused the deposition excerpts to lack page numbers and highlights.

As such, Plaintiff has refiled the Index out of an abundance of caution.

Dated: November 22, 2021            Respectfully submitted,

**/s/ Ryan E. Carreon**
Ryan E. Carreon, Esq.
*Pro Hac Vice*
**HIGBEE & ASSOCIATES**
2445 Fire Mesa St., Suite 150
Las Vegas, NV 89128
(714) 617-8373
(714) 597-6559 facsimile
rcarreon@higbeeassociates.com

## **PROOF OF SERVICE**

I, the undersigned, say:

     I am a citizen of the United States, am over the age of 18 and not a party to the within action. My business address is 2445 Fire Mesa St., Suite 150, Las Vegas, NV 89128.

     On November 22, 2021 I caused to be served the foregoing documents:

**NOTICE OF REFILING**

X    I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court, District of Nevada using the CM/ECF system which will send notice of such filing to the following registered CM/ECF users:

     Ryan Isenberg ryan@ihlaw.us

     I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on November 22, 2021 at Wilmington, Delaware.

                                                */s/ Ryan E. Carreon*
                                                Ryan E. Carreon

**NOTICE OF REFILING**