AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Robert Miller,

                    Plaintiff,

    v.

4Internet, LLC,

                    Defendant.

### JUDGMENT IN A CIVIL CASE

Case Number: 2:18-cv-02097-JAD-BNW

___  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that summary judgment is in favor of Defendant 4Internet, LLC, and against Plaintiff Robert Miller.

_7/5/2022_____
Date

_DEBRA K. KEMPI____
Clerk

_/s/ Y. Williams_____
Deputy Clerk