AO 133    (NVD Rev. 04/2020)  Bill of Costs

# UNITED STATES DISTRICT COURT
for the
District of Nevada

Robert Miller )
)
)
v. ) Case No.: 2:18-cv-02097-JAD-VCF
4Internet, LLC )
)
)

## BILL OF COSTS

Judgment having been entered in the above entitled action on  07/05/2022  against  Plaintiff  ,
                                                                *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk ............................................................. | $ 49.00 |
| Fees for service of summons and subpoena ........................................... | 570.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 5,448.15 |
| Fees and disbursements for printing ................................................ | |
| Fees for witnesses *(itemize on page two)* .............................................. | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ........................................... | |
| Docket fees under 28 U.S.C. 1923 .................................................. | |
| Costs as shown on Mandate of Court of Appeals ....................................... | |
| Compensation of court-appointed experts ............................................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ....................................................... | |
| TOTAL | $ 6,067.15 |

*SPECIAL NOTE:*
*Attach to your bill an itemization and documentation for requested costs in all categories.*

28 U.S.C. § 1924 and LR 54-1(b) require an affidavit to be attached to this bill.

A copy of this bill and attached documentation has been served on all parties in the following manner:

✔ Electronic service          ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:  Ryan Isenberg

    Name of Attorney: _____

For:  4Internet, LLC          Date:  07/06/2022
        *Name of Claiming Party*

## Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____
*Clerk of Court*     *Deputy Clerk*     *Date*

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Transaction Type | Timekeeper | Slip Value | Transaction Date | Activity | Billed on Invoice No. | Billed on Invoice Date | Client | Reference | Description |
| 10 | EXP | Lillie | $205.00 | 12/16/2020 | SERVICE FEE | G:45767 | 1/4/2021 | 4INTERNET | MILLER | Service fee for Subpoena plus witness fee (Chad Rachman). |
| 11 | EXP | Ryan | $243.00 | 12/21/2020 | Subpoena Fee | G:45767 | 1/4/2021 | 4INTERNET | MILLER | Subpoena Service Fees (includes witness fees) |
| 12 | EXP | Alla | $122.00 | 12/24/2020 | SERVICE FEE | G:45767 | 1/4/2021 | 4INTERNET | MILLER | Service fee (Service of a Subpoena upon Google).  **See Note 1** |
| 13 | EXP | Ryan | $49.00 | 1/7/2021 | Fee/Misc./Other | G:46154 | 3/2/2021 | 4INTERNET | MILLER | NY Post Motion to Compel Filing Fee. ($200 PHV Fee Excluded) |
| 15 | EXP | Alla | $1,503.95 | 9/30/2021 | Depo. Cost | G:47528 | 10/4/2021 | 4INTERNET | MILLER | Deposition costs for transcript of Robert Miller, 09/13/2021. |
| 16 | EXP | Alla | $1,815.00 | 10/5/2021 | Depo. Cost | G:47722 | 11/4/2021 | 4INTERNET | MILLER | Fee for Video Services during Deposition of Robert Miller, 09/13/2021. |
| 17 | EXP | Alla | $628.60 | 10/6/2021 | Depo. Cost | G:47722 | 11/4/2021 | 4INTERNET | MILLER | Deposition costs for transcript of Christopher Sadowski, 09/28/2021. |
| 18 | EXP | Alla | $1,145.60 | 10/15/2021 | Depo. Cost | G:47722 | 11/4/2021 | 4INTERNET | MILLER | Deposition costs for transcript of Michael Levy, 09/24/2021 **See Note 2** |
| 19 | EXP | Alla | $355.00 | 10/15/2021 | Depo. Cost | G:47722 | 11/4/2021 | 4INTERNET | MILLER | Deposition costs for transcript of Eugene Sadowski, 09/29/2021. |
| 25 | Total | | $ 6,067.15 | | | | | | | |
| 26 | | | | | | | | | | |
| 27 | Note 1 | We are unable to locate the actual invoice for this service. | | | | | | | | |
| 28 | Note 2 | We were sent the invoice addressed to Plaintiff's counsel but only paid what we actually owed as reflected in the Steno receipt. | | | | | | | | |

# UNITED STATES DISTRICT COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** ||||||||
| Christopher Sadowski (witness fees included in subpoena service fee) | 1 | | | | | | $0.00 |
| Eugene Sadowski (witness fees included in subpoena service fee) | 1 | | | | | | $0.00 |
| Shimrit Ben-Yamir (Google) (witness fees included in subpoena service fee) | 1 | | | | | | $0.00 |
| Chad Rachman (witness fees included in subpoena service fee) | 1 | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | **TOTAL** | $0.00 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.



Steno
PO Box 876
Redondo Beach, CA 90277
(888) 707-8366

# Invoice 191894

Deposition - Michael Levy [30(b)(6) 4INTERNET, LLC] (Sep 24, 2021)

## Bill to

ATTN: Ryan Carreon
Law Firm of Higbee & Associates
1504 Brookhollow Dr.
Suite 112
Santa Ana, CA 92705

**Case name:** MILLER v 4INTERNET, LLC

**Case number:** 2:18-cv-02097-JAD-VCF

| | | | | |
|---|---|---|---|---|
| **Invoice date** | | | | 10/13/2021 |
| **Terms** | | | | Net 30 |
| **Due date** | | | | 11/12/2021 |
| **Status** | | | | OPEN |

| Item | Description | Amount | Quantity | Total |
|---|---|---|---|---|
| Legal Support Services (transcripts) | | $1,866.00 | 1 | $1,866.00 |
| | | | Total | $1,866.00 |
| | | | Payments | $0.00 |
| | | | Amount remaining due | $1,866.00 |

We really appreciate your business and we hope you were satisfied with our service. If not, please let us know so that we can improve by calling us at (888) 707-8366 or emailing us at **billing@steno.com**

## Payment instructions

Need our W9? Please visit **https://steno.com/w9**
Pay online: **https://steno.com/pay/vn8qy0om**

Please make checks payable to Steno Agency, Inc.

**From:** Steno Agency, Inc. <receipts+acct_1E57jgAXeMVODDHf@stripe.com>
**Sent:** Friday, October 15, 2021 10:24 AM
**To:** Alla Bardin <alla@isenberg-hewitt.com>
**Subject:** Your Steno Agency, Inc. receipt [#1687-1603]



# Receipt from Steno Agency, Inc.

Receipt #1687-1603

| **AMOUNT PAID** | **DATE PAID** | **PAYMENT METHOD** |
|---|---|---|
| $1,145.60 | October 15, 2021 | AMERICAN EXPRESS – 2013 |

**SUMMARY**

| | |
|---|---|
| Steno Invoice ID — 191895 — Legal Support Services (transcripts) × 1 | $1,145.60 |
| **Amount charged** | **$1,145.60** |

If you have any questions, contact us at concierge@steno.com or call at +1 310-573-8380.

Something wrong with the email? View it in your browser.

You're receiving this email because you made a purchase at Steno Agency, Inc., which partners with Stripe to provide invoicing and payment processing.

**Veritext, LLC - Southeast Region**
Tel. 770-343-9696 Email: billing-ga@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Ryan Isenberg<br>Isenberg & Hewitt PC<br>600 Embassy Row NE Ste 150<br> 6600 Peachtree Dunwoody Road<br>Atlanta, GA, 30328 | Invoice #: | **5288651** |
|---|---|---|---|
| | | Invoice Date: | **9/30/2021** |
| | | Balance Due: | **$1,503.95** |

| Case: Robert Miller v. 4Internet, LLC, Et Al. (2:18cv02097JADVCF) | Proceeding Type: Depositions |
|---|---|

Job #: 4790873   |   Job Date: 9/13/2021   |   Delivery: Normal

Location: New York, NY
Billing Atty: Ryan Isenberg
Scheduling Atty: Ryan Isenberg | Isenberg & Hewitt PC

| Witness: Robert Miller | Quantity | Price | Amount |
|---|---:|---:|---:|
| Original with 1 Certified Transcript | 201.00 | $4.80 | $964.80 |
| Attendance | 1.00 | $200.00 | $200.00 |
| Exhibits - Color | 110.00 | $0.55 | $60.50 |
| Exhibits | 83.00 | $0.55 | $45.65 |
| Litigation Package-Secure File Suite | 1.00 | $48.00 | $48.00 |
| Conference Suite & Amenities | 1.00 | $150.00 | $150.00 |
| Delivery & Handling | 1.00 | $35.00 | $35.00 |

Notes:

| | |
|---|---:|
| **Invoice Total:** | $1,503.95 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,503.95 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| Pay by Check - Remit to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | Pay By ACH (Include invoice numbers):<br>A/C Name: Veritext<br>Bank Name: BMO Harris Bank<br>A/C #: 4353454 ABA: 071000288<br>SWIFT: HATRUS44<br>Pay by Credit Card: www.veritext.com | Invoice #: | 5288651 |
|---|---|---|---|
| | | Invoice Date: | 9/30/2021 |
| | | Balance Due: | $1,503.95 |

121570

**Veritext, LLC - Southeast Region**
Tel. 770-343-9696 Email: billing-ga@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Ryan Isenberg<br>Isenberg & Hewitt PC<br>600 Embassy Row NE Ste 150<br>6600 Peachtree Dunwoody Road<br>Atlanta, GA, 30328 | Invoice #: | 5300161 |
|---|---|---|---|
| | | Invoice Date: | 10/4/2021 |
| | | Balance Due: | $1,815.00 |

**Case: Robert Miller v. 4Internet, LLC, Et Al. (2:18cv02097JADVCF)**   **Proceeding Type: Depositions**

Job #: 4790873   |   Job Date: 9/13/2021   |   Delivery: Normal

Location:         New York, NY
Billing Atty:     Ryan Isenberg
Scheduling Atty:  Ryan Isenberg | Isenberg & Hewitt PC

| Witness: Robert Miller | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $325.00 | $325.00 |
| Video - Additional Hours | 6.00 | $125.00 | $750.00 |
| Video - Media and Cloud Services | 5.00 | $26.00 | $130.00 |
| Video - Electronic Access | 1.00 | $85.00 | $85.00 |
| Video - Digitizing & Transcript Synchronization | 5.00 | $105.00 | $525.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $1,815.00 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $1,815.00 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

Pay by Check - Remit to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

Pay By ACH (Include invoice numbers):
A/C Name: Veritext
Bank Name: BMO Harris Bank
A/C #: 4353454 ABA: 071000288
SWIFT: HATRUS44
Pay by Credit Card: www.veritext.com

| Invoice #: | 5300161 |
|---|---|
| Invoice Date: | 10/4/2021 |
| Balance Due: | $1,815.00 |

121570

# I N V O I C E

1 of 1

**Huseby.com**
Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 694453 | 10/6/2021 | 362535 |
| **Job Date** | **Case No.** ||
| 9/28/2021 | 2:18-cv-02097-JAD-VCF ||
| **Case Name** |||
| Robert Miller vs. 4Internet, LLC, et al. |||
| **Payment Terms** |||
| Due upon receipt, after 30 days 1.5% fee |||

Ryan Lance Isenberg, Esq.
Isenberg & Hewitt, PC
6600 Peachtree Dunwoody Rd
Ste 150, 600 Embassy Row
Atlanta, GA 30328

ORIGINAL TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Christopher Sadowski- No word Index | 85.00 Pages | @ | 6.160 | 523.60 |
| Exhibit | 154.00 Pages | @ | 0.150 | 25.00 |
| Half Day Per Diem | 1.00 | @ | 80.000 | 80.00 |

**TOTAL DUE   >>>**   **$628.60**

Location of Job   : Web Conference All Parties Joining Remotely
                    Atlanta, GA 30328

Expedited

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com.  Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Please DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Schedule with us anywhere nationally today!  To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752

*Please detach bottom portion and return with payment.*

Ryan Lance Isenberg, Esq.
Isenberg & Hewitt, PC
6600 Peachtree Dunwoody Rd
Ste 150, 600 Embassy Row
Atlanta, GA 30328

Job No.      : 362535             BU ID        : Atlanta
Case No.     : 2:18-cv-02097-JAD-VCF
Case Name    : Robert Miller vs. 4Internet, LLC, et al.

Invoice No.  : 694453              Invoice Date  : 10/6/2021
**Total Due**   : **$628.60**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                         Phone#:
Billing Address:
Zip:                               Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   **Huseby Global Litigation**
            **P.O. Box 6180**
            **Hermitage, PA 16148-0922**

# I N V O I C E

1 of 1

**Huseby.com**
Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 694739 | 10/14/2021 | 362853 |
| Job Date | Case No. ||
| 9/29/2021 | 2:18-cv-02097-JAD-VCF ||
| Case Name |||
| Robert Miller vs. 4Internet, LLC, et al. |||
| Payment Terms |||
| Due upon receipt, after 30 days 1.5% fee |||

Ryan Lance Isenberg, Esq.
Isenberg & Hewitt, PC
6600 Peachtree Dunwoody Rd
Ste 150, 600 Embassy Row
Atlanta, GA 30328

ORIGINAL TRANSCRIPT OF:
    Eugene Sadowski(NO WORD INDEX)    61.00 Pages @ 3.850    250.00
    Exhibit    67.00 Pages @ 0.150    25.00
    Half Day Per Diem    1.00 @ 80.000    80.00

**TOTAL DUE >>>**    **$355.00**

Location of Job  : Web Conference All Parties Joining Remotely
    Atlanta, GA 30328

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Please DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752

*Please detach bottom portion and return with payment.*

Ryan Lance Isenberg, Esq.
Isenberg & Hewitt, PC
6600 Peachtree Dunwoody Rd
Ste 150, 600 Embassy Row
Atlanta, GA 30328

Job No.    : 362853    BU ID    : Atlanta
Case No.    : 2:18-cv-02097-JAD-VCF
Case Name    : Robert Miller vs. 4Internet, LLC, et al.

Invoice No.    : 694739    Invoice Date    : 10/14/2021
**Total Due**    : **$355.00**

Remit To: **Huseby Global Litigation**
    **P.O. Box 6180**
    **Hermitage, PA 16148-0922**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:    Phone#:
Billing Address:
Zip:    Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

| | |
|---|---|
| **From:** | Lillie Biggs |
| **To:** | Ryan Isenberg |
| **Subject:** | FW: Service of Federal Subpoenas - PREPAYMENT |
| **Date:** | Wednesday, July 6, 2022 10:59:55 AM |
| **Attachments:** | image002.png |
| | image003.png |
| | DGRCreditCardAuthorizationForm.pdf |

**From:** Carina Yturbe <cyturbe@dgrlegal.com>
**Sent:** Wednesday, December 16, 2020 12:27 PM
**To:** Lillie Biggs <lillie@isenberg-hewitt.com>; Service Orders <service@dgrlegal.com>
**Cc:** Litigation Group <litigation@dgrlegal.com>
**Subject:** RE: Service of Federal Subpoenas - PREPAYMENT

Good Afternoon,

Thank you for choosing DGR! We have received your recent request to serve both Federal Subpoenas on Christopher Sadowski and Eugene Sadowski.

**The total fee for both services will be $243.00.**
This includes both service fees of $79.50 (each) plus the appropriate witness fees required at the time of service.

**I have attached a CC Authorization form for you to fill out and return back to us at your earliest convenience.**

**Once authorization is received, I will have your service sent to our server immediately.**

Should you have any questions, please feel free to contact me.

Thank you and have a great day!

**CARINA YTURBE**
Private Investigator/Paralegal

**P** 973.403.1700 x217
**F** 973.403.9222
1359 Littleton Road | Morris Plains, NJ 07950



**Voted #1 for Investigations for 2019** by the New Jersey Law Journal!

**From:** Lillie Biggs [mailto:lillie@isenberg-hewitt.com]
**Sent:** Wednesday, December 16, 2020 10:46 AM
**To:** Service Orders
**Subject:** Service of Federal Subpoenas

Attachment saved to file:///G:\Client Data Folder\201404\service@dgrlegal.com\Inbox\Christopher Sadowski Subpoena2020-12-16 10-46-15.pdf

Attachment saved to file:///G:\Client Data Folder\201404\service@dgrlegal.com\Inbox\Eugene Sadowski Subpoena2020-12-16 10-46-15.pdf

Please serve the attached subpoenas with the appropriate statutory witness fees.  Please bill to our firm, Isenberg & Hewitt, PC. Let me know if you have any questions.  Thanks, Lillie

Lillie Biggs
Isenberg & Hewitt, PC
600 Embassy Row, Suite 150
Atlanta, Georgia 30328
T: (770) 351-4400
F: (770) 828-0100
www.isenberg-hewitt.com



| | |
|---|---|
| **From:** | DGR Legal |
| **To:** | Ryan Isenberg |
| **Subject:** | Payment Receipt from DGR Legal for $243.00 |
| **Date:** | Friday, December 18, 2020 5:00:41 PM |

## Payment Receipt $243.00

**DGR Legal**
1359 Littleton Rd.
Morris Plains, New Jersey 07950
(973) 403-1700

**Account Holder**
Ryan L. Isenberg
1050 Greatwood Manor
Alpharetta , Georgia 30005

## Payment Summary

| | | | |
|---|---|---|---|
| **Account:** | DGR Legal Inc | **Amount Paid:** | $243.00 |
| **Reference:** | ISE01 - INVOICES 521036,037 - MILLER VS. 4INTERNET, LLC; 2:18-CV-02097-JAD | **Payment Method:** | VISA |
| | | **Card Number:** | ************6636 |
| | | **Entry Mode:** | Manual |
| | | **Auth Code:** | 618100 |
| | | **Payment Date:** | December 18, 2020 05:00 pm |
| | | **Transaction Id:** | 39627498 |

www.dgrlegal.com
agibson@dgrlegal.com

| | |
|---|---|
| **From:** | Lillie Biggs |
| **To:** | Ryan Isenberg |
| **Subject:** | Fwd: Order Confirmation for MILLER, ROBERT v. 4INTERNET, LLC, Case # 2:18-CV-02097-JAD-VCF |
| **Date:** | Monday, December 14, 2020 4:21:29 PM |

Accidentally set this up using my personal email, but it's been initiated.

---------- Forwarded message ---------
From: <donotreply@swiftattorneyservice.mail.legalconnect.com>
Date: Mon, Dec 14, 2020 at 4:17 PM
Subject: Order Confirmation for MILLER, ROBERT v. 4INTERNET, LLC, Case # 2:18-CV-02097-JAD-VCF
To: <lillie.biggs@gmail.com>


## Process Serving Order Confirmation

This confirms Swift Attorney Service has received your Process Serving order to deliver the following document(s):

**Deposition Subpoena for Personal Appearance and Production of Documents and Things**

As soon as your Process Serving order has been attempted or served you will receive a daily or weekly status update based on the service level you selected with details stating if your party(s) listed below were served or not, followed by a Proof of Service or Declaration.

For:   **SHIMRIT BEN-YAMIR, Individual**
At:    **955 Trophy Dr, Mountain View, CA 94040**
Level: **Routine**

Should you have any questions, please contact us or log in and manage your cases and orders at http://www.swiftattorneyservice.com

Thank you for using Swift Attorney Service.

Order(s): **4097214**

Billing Code: **4Internet/Miller**

This automated message is being sent by Swift Attorney Service It is intended exclusively for the individuals and/or entities to which it is addressed. This communication including any links or attachments, may contain information that is proprietary, confidential, privileged or otherwise exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate any part of this message, or any part of any links or attachments thereto. If you have received this message in error, please notify the sender immediately by email and delete all copies of the message and attachments from your records.

© 2020 Swift Attorney Service All Rights Reserved.
500 Allerton Street Suite 105, Redwood City, CA 94063
Contact Us