Troy L. Isaacson, Esq., NV Bar No. 6690
Isaacson Law
9900 Covington Cross Drive, Suite 210B
Las Vegas, NV 89144
Telephone: (702) 529-5229
Facsimile: (702) 529-5228
Troy@IsaacsonLawLV.com

Ryan L. Isenberg
Georgia Bar No. 384899
Isenberg & Hewitt, P.C.
6600 Peachtree Dunwoody Road
600 Embassy Row, Suite 150
Atlanta, Georgia 30328
770-351-4400 (Voice)
770-828-0100 (Fax)
ryan@ihlaw.us

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT MILLER, | CIVIL ACTION FILE |
| PLAINTIFF, | NO. 2:18-cv-02097-JAD-VCF |
| V. | |
| 4INTERNET, LLC AND JOHN DOES 1-10 | |
| DEFENDANTS. | |

## DECLARATION OF RYAN ISENBERG

1. My name is Ryan L. Isenberg. I am the attorney of record for Defendant 4Internet, LLC.

2. I give this declaration pursuant to 28 U.S.C. § 1924.

3. All of the charges and invoices reflected in Defendant's Bill of Costs and the attachments thereto were incurred in connection with above-styled matter, were necessarily incurred in the case, and the services for which fees have been charged were actually and necessarily performed.

1

4. I am unable to locate the invoice for Swift Legal Services in connection with the service of Google employee with a subpoena but verify that it was received and paid.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Ryan Isenberg
Ryan L. Isenberg