```
 1  Mathew K. Higbee, Esq., SBN 11158
    Ryan E. Carreon, pro hac vice
 2  HIGBEE & ASSOCIATES
    3110 W Cheyenne Ave #200,
 3  North Las Vegas, NV 89032
    (714) 617-8373
 4  (714) 597-6729 facsimile
    Email: mhigbee@higbeeassociates.com
 5  rcarreon@higbeeassociates.com

 6  Attorney for Plaintiff
    ROBERT MILLER
 7
                    UNITED STATES DISTRICT COURT
 8                      DISTRICT OF NEVADA
                        LAS VEGAS DIVISION
 9
    ROBERT MILLER,                    Case No. 2:18-cv-02097-JAD-VCF
10
                       Plaintiff,     DECLARATION OF RYAN E.
11                                    CARREON
    v.
12
    4INTERNET, LLC; and DOES 1 through
13  10 inclusive,

14                     Defendants.
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                    1
                    DECLARATION OF RYAN E. CARREON
```

# DECLARATION OF RYAN E. CARREON

I, Ryan E. Carreon, declare as follows:

1. I am over the age of 18 years old and not a party to this action. I have personal knowledge of all matters stated herein, and if called as a witness, I could and would competently testify thereto.

2. On Septmeber 24, 2021, I took the deposition of Michael Levy who testified on behalf of the Defendant, 4Internet, LLC in this action.

3. Attached hereto as Exhibit A are true and correct excerpts of that deposition.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 25, 2022 at Wilmington, Delaware.

_____
Ryan E. Carreon

# Exhibit "A"

Deposition Transcript

Case Number: 2:18-cv-02097-JAD-VCF
Date: September 24, 2021

In the matter of:

# Miller v 4internet, LLC

Michael A. Levy



**CERTIFIED COPY**

Reported by:
Angela Campagna
CCR No. 495

Steno
Official Reporters

1100 Glendon Ave.
Suite 1850
Los Angeles, CA 90024
concierge@steno.com
(310) 573-8380

```
 1                UNITED STATES DISTRICT COURT

 2                    DISTRICT OF NEVADA

 3

 4   ROBERT MILLER,                  )
                                     )
 5            Plaintiff,             )
                                     )
 6        vs.                        ) CASE NO.
                                     ) 2:18-cv-02097-JAD-VCF
 7   4INTERNET, LLC,                 )
                                     )
 8                                   )
              Defendants.            )
 9

10

11
 ^
12              DEPOSITION OF MICHAEL A. LEVY

13
                       Taken Remotely
14

15
              Friday, September 24, 2021
16                     7:06 a.m.

17

18

19

20

21

22

23

24

25   Reported by:  Angela Campagna, CCR #495
```

MICHAEL A. LEVY  
SEPTEMBER 24, 2021  
JOB NO. 184375

```
 1   APPEARANCES:

 2   For the Plaintiff:       RYAN E. CARREON, ESQ.
                              Higbee & Associates
 3                            1504 Brookhollow Drive
                              Suite 112
 4                            Santa Ana, CA  92705
                              Rcarreon@
 5                            Higbeeassociates.com

 6

 7   For the Defendant:       RYAN ISENBERG, ESQ.
                              Isenberg & Hewitt
 8                            6600 Peachtree Dunwoody
                              Road
 9                            600 Embassy Row
                              Suite 150
10                            Atlanta, GA 30328
                              Ryan@ihlaw.us
11
     Also Present:            ELEKTRA KNIGHT
12                            Steno Technician

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                     To put this in perspective, back
2     in the '80s I did some programming on a Cray YP
3     supercomputer.  That was called a supercomputer back
4     then.  Your cell phone is probably 500 times --
5     easily 500 times more powerful than that
6     supercomputer from the '80s.  That supercomputer
7     couldn't even run Windows Vista if it had to, much
8     less Windows 10 or any of the others.  I mean, you
9     just can't beat these -- we're walking around with
10    supercomputers in our hands.  And there is no way
11    that the chip -- that one little chip inside that
12    professional camera, that's not even connected to
13    the internet, can't even get updates, can't even run
14    sophisticated software, that camera can't beat it.
15    It's like trying to say that you could outshift, you
16    know, one of these new computer-operated automatic
17    transmissions.  You can't outshift it.  You can't
18    beat the machine.
19            Q.   Okay.  Let's look at an exhibit.  And
20    this is going to be Exhibit 22.
21                 (Exhibit 22 marked.)
22    BY MR. CARREON:
23            Q.   While we're pulling up Exhibit 22, just
24    to, I guess, put a point in my last line of
25    questioning, you wouldn't consider yourself an

```
 1   expert in photography; is that correct?
 2           A.   No.  I mean, I'm not going to say in
 3   photography.  I know a good bit about technology,
 4   though, and -- you know.
 5           Q.   Okay.
 6           A.   So it's a no.  I'm not going to say
 7   that outside of the technology that gets used in
 8   these things that I'm any type of expert.
 9   Photography is kind of a broad term.
10           Q.   Okay.  Have you seen this document
11   before, Mr. Levy?
12           A.   Yes.
13           Q.   What is this?
14           A.   I wrote this.  This is a witness
15   report.  I didn't realize we were going over this
16   today.  But I guess --
17           Q.   Well, okay.  So you submitted one
18   previously and this is the amended report; is that
19   correct?
20           A.   Right.  I added a little bit in.  There
21   is some more SEC docs that have come out, I think.
22   It's more, actually, that are coming out.  If I had
23   known we were going over this, I think I might have
24   grabbed Google's latest SEC reports.  Because I
25   think there's actually some relevant stuff in there.
```

1 trillions of photos being taken every year. If they
2 knew that three-year-olds and two-year-olds -- and
3 even monkeys, monkeys can take perfectly good
4 pictures. A monkey stole a cell phone and took
5 perfect selfies of himself and others. And one of
6 the attorneys that does the job that you did tried
7 to sue people for sharing it, stating that the
8 monkey had the right to copyright or something like
9 that. And of course you lost. I'm not saying you
10 personally, but the attorneys lost. It's silly.
11 There shouldn't be an automatic presumption that
12 every picture somehow advances society and science,
13 and that it's all artistic just because you can
14 develop it. There's no more developing. It's all
15 digital.
16 BY MR. CARREON:
17     Q. Is it your understanding that there is
18 an automatic presumption of copyrightability in
19 photographs?
20     A. Yeah. I'm having to fight it. I mean,
21 I don't believe Robert Miller took pictures of
22 anything that would have been creative enough or,
23 you know, that should have ever qualified for a
24 copyright, but here we are. Because the presumption
25 -- I've got to prove that it's not instead of him

```
 1   having to prove that it is.  And that's allowing so
 2   many of these just ridiculous lawsuits.  You know,
 3   that's -- I don't know if I answered your question
 4   or not.  That's kind of my understanding.
 5          Q.   Sure.  I -- okay.  That's your
 6   understanding.
 7          A.   One part of it, I -- you know, I'm
 8   getting tired now.  It's the end of the day, so...
 9          Q.   I'll make sure we can get a decent
10   dinnertime going here.
11          A.   Uh-huh.
12          Q.   Why did you prepare this report?
13          A.   Because I want to point out what's
14   going on here.  I just feel like I've got a duty.
15   I'm -- A, obviously I don't like being sued, all
16   right, and I want to win this lawsuit.  But I feel
17   like I've got a duty to point out this is going on.
18   That this is ridiculous.
19                    You know, I talk a lot about, or
20   at least mention Mr. Lebowitz in this, the attorney
21   that was suspended for practicing law because he
22   filed so many of these lawsuits.  And they were --
23   quite frankly, you know Robert Miller was one of his
24   clients.  And my understanding is that he testified
25   that he moved on to -- or yeah, he used you and
```

```
 1   Mr. Lebowitz, and I think he may have mentioned
 2   another one.
 3                 I just felt the need that this
 4   needed to be pointed out, if for no other reason
 5   than to help others.  This is an extortion racquet.
 6   This is silly.  This is burning up the court's time.
 7   You know -- sorry, I got to stand.
 8                 Somebody needed to step in and
 9   point it all out.  And I'm qualified to do it.  I
10   understand technology real well.  I understand all
11   these issues.
12         Q.    And so you felt --
13         A.    I'm the perfect person to point
14   everything out.
15         Q.    So you felt like the best way to do
16   that would be through an expert report?
17         A.    I don't know if it's the best way.  I
18   just know that it's one way.  But I think somebody
19   needs to step in as an expert and explain all these
20   and connect the dots.  And, you know, point out that
21   -- point out everything that I'm pointing out in the
22   report.
23         Q.    And what is the basis of your expertise
24   to point these things out?
25         A.    All my experience.  We're going on 35
```

```
 1   years or more of collective experience in lots of
 2   different areas.  I mean -- you know, I understand
 3   the internet.  I understand how also this is being
 4   distributed.  And I understand exactly why the New
 5   York Post is being used as the tool.  And, you know,
 6   a lot of these things are not obvious unless you
 7   have a lot of different skill sets, and I just
 8   happen to have all of the skill sets.  So I'm
 9   writing a report.
10           Q.   And so you believe that your skill set
11   allows you to render an expert opinion on the
12   copyrightability of photographs?
13           MR. ISENBERG:  Object to the form.
14           THE WITNESS:  Yes.
15   BY MR. CARREON:
16           Q.   Okay.  Is there anything else about
17   this amended expert report that you would like to
18   state on the record?
19           A.   It's ongoing and can be updated.  I
20   didn't know that we were doing the report today.
21   Could have maybe given you a better answer.
22           Q.   That's fine.  I was going to ask you,
23   how long did it take you to prepare this report?
24           A.   A long time.  I spent weeks writing and
25   rewriting, doing all the work and gathering up the
```

1   documents and tracking everything down.  It's a
2   lengthy report.  Took me a very long time.
3           Q.   And how much have you spent in attorney
4   fees defending this case?
5           A.   Too much.  I don't even know where
6   we're at.  Probably over, you know, 30,000.  Maybe
7   now over 40,000.  I don't know.  It's just an
8   incredible amount of money.  It's financially
9   devastating.  I feel for all the people that you've
10  done this to, that have no choice but to be bullied
11  and extorted.  I refuse to be bullied and extorted.
12  Absolutely refuse.
13          Q.   And what leads you to believe that it's
14  extortion?
15          A.   I think everybody can see what's going
16  on here.  I think everybody can see who Mr. Miller
17  is.  We're going to depose the Sadowskis.  I think
18  we know.  I think the courts have found out.  And I
19  know the courts are already on to the Sadowskis in
20  New York.  I think they slapped a $10,000 bond
21  requirement or something on them because, you know,
22  guys are a bunch of trolls.  I mean, you just file
23  nuisance lawsuits and strong-arming people, because
24  you know how complex the copyright law is.  And most
25  people won't stand up.  Most people can't stand up.

1   But I will.  I can and I will.  I don't have a
2   choice.  I have to.  I mean, I can't allow this to
3   go on.  There wouldn't be any search engines anymore
4   if this is allowed to continue.  I certainly will
5   never be a small search engine.  There won't be a
6   4Internet.
7         Q.    So you don't think search engines can
8   function without being able to use photographs?
9         A.    Our world is being described in
10  pictures.  Photographs are like words.  There was a
11  time that words were really special.  You know,
12  there were times we carved things on stone tablets.
13  And printing -- there was no desktop publishing.
14  And, you know, photographs are the words of today.
15  They are recording moments in time.  And we're all
16  recording extraordinary numbers of moments in time.
17                   And now, if all of those moments
18  in time, any one of them, can lead to a copyright
19  lawsuit based on laws from the 1800s, and certainly
20  pre-digital.  This is just -- this is redundant.  I
21  urge you to this stop this.  There's one lawyer
22  that's already been suspended from practicing law.
23  And I don't know, he may go to jail.  You know, you
24  certainly don't want to be the next one.  Mr. Higbee
25  doesn't want to be the next one.  Okay?  So this is

1   ridiculous.  It's time to stop it.  It's egregious.
2        Q.   So you don't think that words or
3   sentences or anything written can be copyrighted?
4        A.   I think definitely, you know, works can
5   be copyrighted.  People copyright books.  People
6   copyright things that aren't easy to do.  You know,
7   things that are special.  If I drop my phone and it
8   takes a picture on its way down to the floor, that's
9   not special.  If I snap a photo of something that is
10  happening on the street that I did nothing, nothing
11  to create, just happened to be there and snapped it
12  along with, you know, a whole bunch of other
13  pictures, that's not special.
14                 Copyrights, that's supposed to be
15  for things that are -- in my way of looking at it,
16  things that are special.  Things that have raised
17  themselves to a level that they should be awarded a
18  copyright.  Not just what your clients and the whole
19  Higbee operation are doing.  I think everybody sees
20  that.  Everybody knows it.
21       Q.   So you think --
22       A.   Congress could have stepped in and
23  stopped it.
24       Q.   So you think that only things that have
25  a particular amount of effort involved deserve

```
 1                      REPORTER'S CERTIFICATE

 2


 3   STATE OF NEVADA    )
                        )  ss.
 4   COUNTY OF CLARK    )


 5

             I, Angela Campagna, a certified court
 6   reporter in Clark County, State of Nevada, do hereby
     certify:
 7                That I reported the taking of the
     remote deposition of the witness, MICHAEL A. LEVY,
 8   on Friday, September 24, 2021, commencing at the
     hour of 7:06 a.m.
 9                That prior to being examined, the
     witness was by me first duly sworn to testify to the
10   truth, the whole truth, and nothing but the truth.
                  That I thereafter transcribed my
11   said shorthand notes into typewriting and that the
     typewritten transcript of said deposition is a
12   complete, true, and accurate transcription of
     shorthand notes taken down at said time.
13                I further certify that I am not a
     relative or employee of an attorney or counsel of
14   any of the parties, nor a relative or employee of
     any attorney or counsel involved in said action, nor
15   a person financially interested in said action.
                  IN WITNESS WHEREOF, I have
16   hereunto set my hand in my office in the County of
     Clark, State of Nevada, this 8th day of October
17   2021.

18

                              Angela Campagna
19                        _____
                          ANGELA CAMPAGNA, CCR #495
20

21

22

23

24

25
```