Troy L. Isaacson, Esq., NV Bar No. 6690
Isaacson Law
9900 Covington Cross Drive, Suite 210B
Las Vegas, NV 89144
Telephone: (702) 529-5229
Facsimile: (702) 529-5228
Troy@IsaacsonLawLV.com

Ryan L. Isenberg
Georgia Bar No. 384899
Isenberg & Hewitt, P.C.
6600 Peachtree Dunwoody Road
600 Embassy Row, Suite 150
Atlanta, Georgia 30328
770-351-4400 (Voice)
770-828-0100 (Fax)
ryan@ihlaw.us

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT MILLER, | CIVIL ACTION FILE |
| PLAINTIFF, | NO. 2:18-cv-02097-JAD-VCF |
| V. | |
| 4INTERNET, LLC AND JOHN DOES 1-10 | |
| DEFENDANTS. | |

**STIPULATION EXTENDING TIME TO REPLY TO RESPONSE
TO MOTION FOR ATTORNYE'S FEES**

The parties herby stipulate that the time within which Defendant 4Internet, LLC has to file a Reply to Plaintiff's Response to Defendant's Motion for Attorney's Fees (Doc. 125) is extended through and including August 12, 2022. In support of this Stipulation, Defendant shows that it is the first request for an extension of time and that the original response date is August 1, 2022.

[Signatures on next page]

1

Dated: July 26, 2022								Respectfully submitted,

<u>**/s/ Ryan L. Isenberg**</u>
Ryan Isenberg, Esq.
Georgia Bar No. 384899
*Pro Hac Vice*
ISENBERG & HEWITT, P.C.
6600 Peachtree Dunwoody Road
600 Embassy Row, Suite 150
Atlanta, GA 30328
(770) 351-4400
(779) 828-0100 facsímile
ryan@ihlaw.us
								*Counsel for Defendant*

Dated: July 26, 2022								Respectfully submitted,

<u>**/s/ Ryan E. Carreon**</u>
Ryan E. Carreon, Esq.
*Pro Hac Vice*
**HIGBEE & ASSOCIATES**
3110 W Cheyenne Ave #200,
North Las Vegas, NV 89032
(714) 617-8373
(714) 597-6559 facsimile
rcarreon@higbeeassociates.com
								*Counsel for Plaintiff*

**Certificate of Service**

This is to certify that I have this day served the within and foregoing Stipulation Extending Time upon counsel for Plaintiff by filing the same using the Court's CM\ECF system, which will generate notice to all counsel of record.

							/s/ Ryan Isenberg

2