AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Robert Miller,

                Plaintiff,

v.

4Internet, LLC.,

                Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:18-cv-02097-JAD-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment entered for Defendant 4Internet, LLC in the amount of $93,577.95 in attorneys' fees and $6,026.47 in nontaxable costs.

12/20/2022
Date

DEBRA K. KEMPI
Clerk

/s/ T.Roush-Wallace
Deputy Clerk