**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

Robert Miller,

        Plaintiff(s),

v.

4Internet, LLC,

        Defendant(s).

2:18-cv-02097-JAD-VCF

**ORDER**

    Before the court is the letter written by Robert Miller requesting reconsideration of Order (ECF NO.140). (ECF NO. 152). The letter was dated May 7, 2023, and filed on June 1, 2023.

    Under LR IA 11-6(a), unless the court orders otherwise, a party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney. An attorney who has appeared for a party must be recognized by the court and all the parties as having control of the client's case, however, the court may hear a party in open court even though the party is represented by an attorney.

    Here, at the time of filing of his letter on June 1, 2023, Miller was represented by retained counsel, Ryan E. Carreon and Matthew K. Higbee of the law firm of Higbee & Associates. (*See* Complaint, ECF NO. 1).

    On June 14, 2023, counsel Ryan E. Carreon and Matthew K. Higbee of the law firm of Higbee & Associates has filed a motion to withdraw as attorney of record. (ECF No. 154).

    No opposition has been filed to ECF No. 154, and the time to file an opposition has passed.

1

Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.

Accordingly,

IT IS HEREBY ORDERED that the letter written by Robert Miller requesting reconsideration of Order (ECF NO. 152), is STRICKEN.

The Clerk of Court is directed to strike the letter written by Robert Miller requesting reconsideration of Order (ECF NO. 152) from the docket.

IT IS FURTHER ORDERED that the motion to withdraw as counsel of record (ECF No. 154), is GRANTED.

DATED this 11th day of July 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE