UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ROBERT MILLER,

      PLAINTIFF,

V.

4INTERNET, LLC AND
JOHN DOES 1-10

      DEFENDANTS.

Case No. 2:18-cv-02097-JAD-VCF

### ORDER GRANTING MOTION TO DISBURSE FUNDS

    Having read and considered Defendant 4Internet, LLC's unopposed Motion to Disburse the appellate bond [ECF No. 161], the Court finds that Defendant 4Internet, LLC has a lien on all non-exempt personal property of Plaintiff Robert Miller, including the $7,500 deposited with the Court on January 21, 2023. The lack of response also constitutes consent to granting this motion under Local Rule 7-2(d). Accordingly, IT IS ORDERED that the Motion **[161] is GRANTED.** The Clerk of Court is directed to disburse the funds to:

    4Internet, LLC
    c/o Ryan L. Isenberg
    Isenberg & Hewitt, P.C.
    1200 Altmore Ave., Ste 120
    Sandy Springs, GA 30342

_____
U.S. District Judge
February 6, 2026